**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of _____Texas_____

District of _____ (State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Heritage Power, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 8 – 4 1 1 9 7 7 5

4. **Debtor's address**

   **Principal place of business**

   1360 Post Oak Blvd., Suite 2000

   Number      Street

   Houston, TX 77056

   City          State    ZIP Code

   Harris

   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City          State    ZIP Code

5. **Debtor's website** (URL)

| Debtor | Heritage Power, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding  LLP)
- [ ] Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2</u>  <u>2</u>  <u>1</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] A plan is being filed with this petition.

  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

Debtor    Heritage Power, LLC               Case number *(if known)* _____
       Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                    MM / DD / YYYY

          District _____   When _____   Case number _____
                                    MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor    See attached Rider           Relationship _____

          District _____   When _____
                                            MM / DD / YYYY

          Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

       **Why does the property need immediate attention?** *(Check all that apply.)*

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

           What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       **Where is the property?** _____
                         Number      Street

                         _____

                         _____    _____
                         City                             State ZIP Code

       **Is the property insured?**

       ☐ No

       ☐ Yes. Insurance agency _____

            Contact name _____

            Phone        _____

---

**Statistical and administrative information**

---

Debtor   Heritage Power, LLC
_____     Case number (*if known*)_____
Name

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:* |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | |
|---|---|---|---|
| 14. **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☒ 200-999 | | |

| | | | |
|---|---|---|---|
| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/24/2023
            _____
            MM  / DD / YYYY

✗   */s/ David Freysinger*                        David Freysinger
_____            _____
Signature of authorized representative of debtor        Printed name

Title   President
      _____

Debtor    Heritage Power, LLC
          Name                                                          Case number (*if known*)_____

**18. Signature of attorney**    ✗    */s/ Charles A. Beckham, Jr.*       Date    01/24/2023
                                      Signature of attorney for debtor                  MM  / DD / YYYY

                                 Charles A. Beckham, Jr.
                                 Printed name
                                 Haynes and Boone, LLP
                                 Firm name
                                 1221 McKinney Street, Suite 4000
                                 Number        Street
                                 Houston                              TX        77010
                                 City                                 State     ZIP Code
                                 713-547-2000                         charles.beckham@haynesboone.com
                                 Contact phone                        Email address
                                 02016600                             Texas
                                 Bar number                           State

**RIDER 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Heritage Power, LLC.

Heritage Power, LLC

Blossburg Power, LLC

Brunot Island Power, LLC

Gilbert Power, LLC

Hamilton Power, LLC

Heritage Power Intermediate Holdings, LLC

Heritage Power Marketing, LLC

Hunterstown Power, LLC

Mountain Power, LLC

New Castle Power, LLC

Niles Power, LLC

Orrtanna Power, LLC

Portland Power, LLC

Sayreville Power, LLC

Shawnee Power, LLC

Shawville Power, LLC

Titus Power, LLC

Tolna Power, LLC

Warren Generation, LLC

# OMNIBUS WRITTEN CONSENT
## OF THE
## BOARD OF MANAGERS, MEMBERS, INDEPENDENT MANAGERS AND OTHER GOVERNING BODIES

### January 22, 2023

Effective as of the date written above, the members of the respective board of managers, members, independent managers, or other governing bodies (each, a "Governing Body"), as applicable, of each of the entities listed on **Annex A** attached hereto (each a "Company" and collectively, the "Companies") hereby waive any and all requirements for calling, giving notice of and holding a meeting of the Governing Body and, in lieu of such meeting and pursuant to applicable law and their Governing Documents (as defined below), take the following actions and adopt the following resolutions by written consent (this "Written Consent"), pursuant to the limited liability company agreement or similar governing document of each respective Company (as amended, restated or modified from time to time, as applicable, the "Governing Documents") and the laws of the state of formation or organization of each Company as set forth next to each Company's name on **Annex A**.

**WHEREAS**, the Governing Body of each Company has reviewed and considered presentations by the management and the financial and legal advisors (collectively, the "Advisors") of the Companies regarding (i) the liabilities and liquidity of each Company, the strategic alternatives available to it and the effect of the foregoing on each Company's business and (ii) certain proposed restructuring and recapitalization transactions with respect to the Companies' capital structure (the "Restructuring Transactions");

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with the management and the Advisors and to fully consider the Restructuring Transactions and other strategic alternatives available to such Company and deems it advisable and in the best interests of such Company to consummate the Restructuring Transactions pursuant to and to enter into that certain restructuring support agreement, by and among the Companies and the Consenting Stakeholders (as defined therein), in substantially the form presented to each Governing Body on or in advance of the date hereof (the "Restructuring Support Agreement"); and

**WHEREAS**, in connection with the consummation of the Restructuring Transactions, the Governing Body of each Company deems it is advisable and in the best interests of such Company, after considering the interests of its creditors and other parties in interest, that such Company file a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") and/or any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

**RESTRUCTURING SUPPORT AGREEMENT AND CHAPTER 11 CASES**

**NOW, THEREFORE, BE IT RESOLVED**, that the form, terms and provisions of the Restructuring Support Agreement be, and hereby are, approved, adopted, ratified, and confirmed in all respects;

**FURTHER RESOLVED**, that any of the Chief Executive Officer, President, Chief Financial Officer, Chief Operating Officer, Treasurer, Assistant Treasurer, Controller, any Vice President, General Counsel, Secretary, Assistant Secretary or any other duly appointed officer of each Company (collectively, the "Authorized Signatories"), acting alone or with one or more other Authorized Signatories be, and each of them here is, authorized, empowered, and directed to execute, deliver, and cause the performance of, in the name and on behalf of the Companies, as applicable, the Restructuring Support Agreement, with such changes therein, deletions therefrom or additions thereto, as any of the Authorized Signatories, acting in good faith, shall approve, the execution and delivery thereof to be conclusive evidence of the approval thereof by such Authorized Signatory and the Company's performance of its obligations under the Restructuring Support Agreement, including the negotiation and documentation of the chapter 11 plan, and all exhibits, schedules, attachments, and ancillary documents or agreements related thereto, is, in all respects, approved and authorized;

**FURTHER RESOLVED**, that each Company shall be, and hereby is, in all respects, authorized to file, or cause to be filed, the Chapter 11 Case in the Bankruptcy Court and/or file or cause to be filed any other petition for relief or recognition or other order in connection with the Restructuring Transactions;

**FURTHER RESOLVED**, that any of the Authorized Signatories, acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered, and directed to execute and file on behalf of each Company all petitions, schedules, lists, and other motions (including any motions for use of cash collateral), papers or documents and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of such Company's business;

**FURTHER RESOLVED**, that each of the Companies are hereby authorized to pay, or cause to be paid, all fees and expenses incurred in connection with the Restructuring Transactions, including, but not limited to, the Restructuring Support Agreement, Chapter 11 Case and the transactions contemplated thereby, and all fees and expenses appropriate in order to effectuate the purposes and intent of the Restructuring Transactions, the Restructuring Support Agreement, the Chapter 11 Case and these resolutions;

**FURTHER RESOLVED**, that any of the Authorized Signatories, acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered, and directed, in the name and on behalf of each Company, to take all action to notify, or to obtain any authorizations, consents, waivers or approvals of, any third party that such Authorized Signatory deems necessary, appropriate or advisable in order to carry out the Restructuring Transactions, including, but not limited to, terms and provisions of the Restructuring Support Agreement, the Chapter 11 Case and the transactions contemplated thereby; and

2

**FURTHER RESOLVED**, that in connection with the entry into the Restructuring Support Agreement and other agreements contemplated therein, Heritage Power, LLC and Heritage Power Marketing, LLC, as "Service Recipients", are authorized, empowered and directed to enter into that certain Transition Services Agreement with Genon Energy Services, LLC, as "Service Provider", and Genon Holdings, LLC, as "Sponsor" (the "Transition Services Agreement"), which shall effectively terminate that certain (i) Master Services Agreement dated July 30, 2019 by and between the Service Provider, Service Recipient and Sponsor (the "MSA"), (ii) Operating Maintenance Agreement dated July 30, 2019 between Service Provider and Service Recipient (the "O&M Agreement"), and (iii) Sponsor EMA Reimbursement Agreement dated as of July 30, 2019 between Heritage Power Marketing, LLC and Sponsor (the "Reimbursement Agreement" and together with the MSA and O&M Agreement, the "Existing Services Agreements");

**FURTHER RESOLVED**, the Authorized Signatories, acting alone or with one or more other Authorized Signatories be, and each of them here is, authorized, empowered, and directed to execute, deliver, and cause the performance of, in the name and on behalf of the Companies, as applicable, the Transition Services Agreement, with such changes therein, deletions therefrom or additions thereto, as any of the Authorized Signatories, acting in good faith, shall approve, the execution and delivery thereof to be conclusive evidence of the approval thereof by such Authorized Signatory.

## RETENTION OF PROFESSIONALS

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Haynes and Boone LLP ( "Haynes and Boone") as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including filing any motions, objections, replies, applications or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Haynes and Boone;

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Alvarez & Marsal North America, LLC ("A&M") as restructuring and financial advisor to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of A&M;

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to interview and employ any valuation firm deemed necessary by the Authorized Signatories or its advisors to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention

4864-3565-7284 v.5

agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any such valuation firm;

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ an investment banker, if necessary, to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of such investment banker;

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Epiq Corporate Restructuring, LLC ("Epiq") as notice, claims, and solicitation agent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Epiq;

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**FURTHER RESOLVED**, that each of the Authorized Signatories be, and they hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper or desirable in connection with each Company's Chapter 11 Case, with a view to the successful prosecution of such case.

## CASH COLLATERAL AND ADEQUATE PROTECTION

**RESOLVED,** that each Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for certain prepetition secured lenders (collectively, the "Secured Lenders") party to that certain credit and guaranty agreement, dated as of July 30, 2019 (as amended, restated, supplemented or otherwise modified from time to time), by and among Heritage Power, LLC, as borrower, certain subsidiaries of the borrower, Jefferies Finance LLC, as administrative agent, and the other lenders and letter of credit issuers party thereto from time to time; and

**FURTHER RESOLVED,** that to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, each Company will provide certain

4864-3565-7284 v.5

liens, claims, and adequate protection to the Secured Lenders as documented in proposed interim and final orders submitted for approval to the Bankruptcy Court.

## GENERAL AUTHORIZATION AND RATIFICATION

**RESOLVED,** that each of the Authorized Signatories be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Companies and their subsidiaries, including as the partner, general partner, sole member, member, managing member, or manager of each applicable subsidiary of any such Company, if any, whether existing now or in the future, in each case, to consummate the transactions contemplated by the foregoing resolutions, to take or cause to be taken any and all further actions, to execute and deliver, or cause to be executed and delivered, all other documents, instruments, agreements, undertakings, and certificates of any kind and nature whatsoever, to incur and pay all fees and expenses, and to engage such persons as such Authorized Signatory may determine to be necessary, advisable, or appropriate to effectuate or carry out the purposes and intent of the foregoing resolutions, and the execution by such Authorized Signatory of any such documents, instruments, agreements, undertakings, and certificates, the payment of any fees and expenses, or the engagement of such persons, or the taking by such Authorized Signatory of any action in connection with the foregoing matters shall conclusively establish such Authorized Signatory's authority therefor and the acceptance, authorization, adoption, ratification, approval, confirmation, and adoption by the Companies; and

**FURTHER RESOLVED,** that any actions taken by any Authorized Signatory of any Company prior to the date hereof which would have been authorized by these resolutions, but for the fact that such actions were taken prior to the date hereof, be, and hereby are, authorized, ratified, confirmed, adopted, and approved in all respects as the acts and deeds of such Company, as the case may be.

This Written Consent may be executed in originals or electronically in as many counterparts as may be required; all counterparts shall collectively constitute one and the same Written Consent.

\* \* \*

*[Signature Page Follows]*

4864-3565-7284 v.5

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first set forth above.

**HERITAGE POWER HOLDINGS, LLC**:
In its capacity as the sole member of HERITAGE POWER INTERMEDIATE HOLDINGS, LLC

By: _____

Name: David Freysinger
Title: President

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first set forth above.

**HERITAGE    POWER    INTERMEDIATE HOLDINGS, LLC,**
In its capacity as the sole member of Heritage Power, LLC:

By:_____
Name: David Freysinger
Title: President


Board of Managers:

_____
David Freysinger

_____
Alejandro (Alex) Mazier

_____
Eugene I. Davis

_____
Steven J. Pully, Independent Manager

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first set forth above.

**HERITAGE     POWER     INTERMEDIATE HOLDINGS, LLC,**
In its capacity as the sole member of Heritage Power, LLC:

By:_____
Name: David Freysinger
Title: President


Board of Managers:

_____
David Freysinger

_____
Alejandro (Alex) Mazier

_____
Eugene I. Davis

_____
Steven J. Pully, Independent Manager

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first set forth above.

**HERITAGE      POWER      INTERMEDIATE HOLDINGS, LLC,**
In its capacity as the sole member of Heritage Power, LLC:

By:_____
Name: David Freysinger
Title: President

Board of Managers:

_____
David Freysinger

_____
Alejandro (Alex) Mazier

_____
Eugene I. Davis

_____
Steven J. Pully, Independent Manager

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first set forth above.

> **HERITAGE POWER INTERMEDIATE HOLDINGS, LLC,**
> In its capacity as the sole member of Heritage Power, LLC:
>
> By:_____
> Name: David Freysinger
> Title: President
>
>
> Board of Managers:
>
> _____
> David Freysinger
>
> _____
> Alejandro (Alex) Mazier
>
> _____
> Eugene I. Davis
>
> _____
> Steven J. Pully, Independent Manager

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first set forth above.

**HERITAGE POWER, LLC,**
In its capacity as the sole member of:
Hunterstown Power, LLC
Shawnee Power, LLC
Orrtanna Power, LLC
Titus Power, LLC
Blossburg Power, LLC
Hamilton Power, LLC
Niles Power, LLC
Tolna Power, LLC
Warren Generation, LLC
Heritage Power Marketing, LLC
New Castle Power, LLC
Brunot Island Power, LLC
Portland Power, LLC
Mountain Power, LLC
Shawville Power, LLC

By: _____
Name: David Freysinger
Title: President

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first set forth above.

**SHAWVILLE POWER, LLC,**
In its capacity as the sole member of:
Gilbert Power, LLC
Sayreville Power, LLC


By:_____
Name: David Freysinger
Title: President

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first set forth above.

**STEVEN J. PULLY,**
In his capacity as the sole Independent Manager of:
Heritage Power, LLC
Hunterstown Power, LLC
Shawnee Power, LLC
Orrtanna Power, LLC
Titus Power, LLC
Blossburg Power, LLC
Hamilton Power, LLC
Niles Power, LLC
Tolna Power, LLC
Warren Generation, LLC
Heritage Power Marketing, LLC
New Castle Power, LLC
Brunot Island Power, LLC
Portland Power, LLC
Mountain Power, LLC
Shawville Power, LLC
Gilbert Power, LLC
Sayreville Power, LLC

By:_____
Name: Steven J. Pully

**Annex A**

| Company | Jurisdiction |
|---|---|
| Heritage Power Intermediate Holdings, LLC | Delaware |
| Heritage Power, LLC | Delaware |
| Hunterstown Power, LLC | Delaware |
| Shawnee Power, LLC | Delaware |
| Orrtanna Power, LLC | Delaware |
| Titus Power, LLC | Delaware |
| Blossburg Power, LLC | Delaware |
| Hamilton Power, LLC | Delaware |
| Niles Power, LLC | Delaware |
| Tolna Power, LLC | Delaware |
| Warren Generation, LLC | Delaware |
| Heritage Power Marketing, LLC | Delaware |
| New Castle Power, LLC | Delaware |
| Brunot Island Power, LLC | Delaware |
| Portland Power, LLC | Delaware |
| Mountain Power, LLC | Delaware |
| Shawville Power, LLC | Delaware |
| Gilbert Power, LLC | Delaware |
| Sayreville Power, LLC | Delaware |

Debtor  Heritage Power, LLC, et al.,                                                                                           Case number (if known)_____

Fill in this information to identify the case:

| Debtor name: Heritage Power, LLC, et al., |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (If known): _____ |

☐   Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | COLUMBIA GAS OF PENNSYLVANIA<br>ATTN: MARK KEMPIC<br>290 W NATIONWIDE BLVD<br>COLUMBUS, OH  43215 | MARK KEMPIC<br>PRESIDENT AND CHIEF OPERATING OFFICER<br>EMAIL - mkempic@columbiagaspa.com<br>PHONE - 412-521-1219 | Trade Payable | Unliquidated | | | UNDETERMINED |
| 2 | EASTERN GAS TRANSMISSION AND STORAGE<br>ATTN: SCOTT THON<br>925 WHITE OAKS BLVD<br>BRIDGEPORT, WV  26630 | SCOTT THON<br>PRESIDENT OF OPERATIONS<br>EMAIL - scott.thon@brkenergy.com<br>PHONE - 403-284-4224 | Trade Payable | Unliquidated | | | UNDETERMINED |
| 3 | ELIZABETHTOWN GAS COMPANY<br>ATTN: CHRISTIE MCMULLEN<br>520 GREEN LANE<br>UNION, NJ  07083 | CHRISTIE MCMULLEN<br>PRESIDENT AND CHIEF OPERATIONS OFFICER<br>EMAIL - christiemcmullen@elizabethtowngas.com<br>PHONE - 301-503-1535 | Trade Payable | Unliquidated | | | UNDETERMINED |
| 4 | NATIONAL FUEL GAS DISTRIBUTION<br>ATTN: DAVID BAUER<br>6363 MAIN ST<br>WILLIAMSVILLE, NY  14221 | DAVID BAUER<br>PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>EMAIL - bauerd@natfuel.com<br>PHONE - 716-432-4294 | Trade Payable | Unliquidated | | | UNDETERMINED |
| 5 | PEOPLES NATURAL GAS COMPANY LLC<br>ATTN: MICHAEL HUWAR<br>375 NORTH SHORE DR<br>SUITE 400<br>PITTSBURGH, PA  15212 | MICHAEL HUWAR<br>PRESIDENT<br>EMAIL - michael.huwar@peoples-gas.com<br>PHONE - 412-818-0349 | Trade Payable | Unliquidated | | | UNDETERMINED |
| 6 | PPG SHAWVILLE PIPELINE LLC<br>ATTN: ERIC KOWALSKI<br>3500 EAST COLLEGE AVE<br>SUITE 1300<br>BOX 6<br>STATE COLLEGE, PA  16801 | ERIC KOWALSKI<br>CHIEF FINANCIAL OFFICER<br>EMAIL - eric@ppgoilandgas.com<br>PHONE - 724-422-2002 | Trade Payable | Unliquidated | | | UNDETERMINED |
| 7 | TENNESSEE GAS PIPELINE COMPANY, LLC<br>ATTN: WAYNE SIMMONS<br>1001 LOUISIANA STREET<br>HOUSTON, TX  77002 | WAYNE SIMMONS<br>CHIEF OPERATING OFFICER<br>EMAIL - wayne_simmons@kindermorgan.com<br>PHONE - 413-247-4463 | Trade Payable | Unliquidated | | | UNDETERMINED |
| 8 | UGI CENTRAL PENN GAS, INC.<br>ATTN: DAVE TREGO<br>1 UGI DRIVE<br>DENVER, PA  17517 | DAVE TREGO<br>PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>EMAIL - dtrego@ugi.com<br>PHONE - 610-796-3500 | Trade Payable | Unliquidated | | | UNDETERMINED |
| 9 | TURBINE RESOURCES UNLIMITED INC<br>ATTN: BILLY HOWARD<br>1056 ROUTE 20 EAST<br>WEST WINFIELD, NY  13491 | BILLY HOWARD<br>PRESIDENT<br>EMAIL - bhoward@calltru.com<br>PHONE - 315-822-6893 | Trade Payable | | | | $        58,081 |
| 10 | GAI CONSULTANTS INC<br>ATTN: GARY DEJIDAS<br>385 EAST WATERFRONT DR<br>HOMESTEAD, PA  15120-5005 | GARY DEJIDAS<br>PRESIDENT AND CEO<br>EMAIL - g.dejidas@gaiconsultants.com<br>PHONE - 407-493-2287 | Trade Payable / Trade Payable – Accrual | Contingent | | | $        49,349 |
| 11 | EQUIPMENT & CONTROLS INC<br>ATTN: DAN SMITH<br>2 PARK DRIVE<br>LAWRENCE, PA  15055 | DAN SMITH<br>PRESIDENT<br>EMAIL - dan.smith@eci.us<br>PHONE - 724-820-2006 | Trade Payable / Trade Payable – Accrual | Contingent, Unliquidated | | | $        38,983 |
| 12 | MOODY'S INVESTOR SERVICE<br>ATTN: WARREN KORNFELD<br>99 CHURCH STREET<br>NEW YORK, NY  10007 | WARREN KORNFELD<br>SENIOR VICE PRESIDENT<br>EMAIL - warren.kornfeld@moodys.com<br>PHONE - 908-432-4497 | Trade Payable – Accrual | Contingent | | | $        38,193 |
| 13 | THE EMPYREAN GROUP LLC<br>ATTN: SUSHIL JAIN<br>1108 OHIO RIVER BLVD<br>STE 805<br>SEWICKLEY, PA  15143-2049 | SUSHIL JAIN<br>PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>EMAIL - scjain@empyreanonline.com<br>PHONE - 412-528-1573 | Trade Payable / Trade Payable – Accrual | Contingent, Unliquidated | | | $        36,229 |
| 14 | JERSEY CENTRAL POWER & LIGHT<br>ATTN: SAM BELCHER<br>76 SOUTH MAIN STREET<br>AKRON, OH  44308 | SAM BELCHER<br>SENIOR VICE PRESIDENT<br>EMAIL - sbelcher@firstenergycorp.com<br>PHONE - 718-921-8124 | Trade Payable | | | | $        31,121 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | AIRMATIC COMPRESSOR SYSTEMS INC<br>ATTN: WILLIAM VOWTERAS<br>700 WASHINGTON AVE<br>CARLSTADT, NJ 07072-3007 | WILLIAM VOWTERAS<br>PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>EMAIL - wvowteras@airmaticcompressor.com<br>PHONE - 551-486-2364 | Trade Payable | | | | $   30,408 |
| 16 | STEVENS ENGINEERS & CONSTRUCTORS<br>ATTN: VICKI ANDERSON<br>7850 FREEWAY CIRCLE<br>SUITE 100<br>MIDDLEBURG, OH 44130 | VICKI ANDERSON<br>CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>EMAIL - vanderson@stevensec.com<br>PHONE - 724-873-4700 | Trade Payable | | | | $   28,750 |
| 17 | POWERHOUSE EQUIPMENT ENGINEERING<br>ATTN: MACHELLE MOREY<br>240 CREEK RD<br>DELANCO, NJ 08075-5202 | MACHELLE MOREY<br>VICE PRESIDENT AND GENERAL COUNSEL<br>EMAIL - machelle.morey@us.atlascopco.com<br>PHONE - 847-981-8995 | Trade Payable | | | | $   23,928 |
| 18 | KEYSTONE TECHNOLOGY SERVICES LLC<br>ATTN: JEFF KONICKY<br>110 MIZEL LANE<br>JOHNSTOWN, PA 15902-1327 | JEFF KONICKY<br>OWNER<br>EMAIL - jeff@konicky.com<br>PHONE - 814-619-9796 | Trade Payable | | | | $   16,282 |
| 19 | HYDROTEX DYNAMICS INC<br>ATTN: AARON JOHNSON<br>6320 CUNNINGHAM ROAD<br>HOUSTON, TX 77041 | AARON JOHNSON<br>PRESIDENT<br>EMAIL - ajohnson@hydro-tex.com<br>PHONE - 936-697-9656 | Trade Payable | | | | $   15,779 |
| 20 | PLANT SERVICES GROUP INC<br>ATTN: CHRIS O'NEILL<br>188 BLOSE DRIVE<br>PUNXSUTAWNEY, PA 15767 | CHRIS O'NEILL<br>PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>EMAIL - coneill@plantservicesgroup.com<br>PHONE - 630-588-0333 | Trade Payable | | | | $   15,464 |
| 21 | BRANDSAFWAY INDUSTRIES LLC<br>ATTN: KARL FESSENDEN<br>501 ROBB ST<br>MCKEES ROCKS, PA 15136-2882 | KARL FESSENDEN<br>CHIEF EXECUTIVE OFFICER<br>EMAIL - kfessenden@brandsafway.com<br>PHONE - 404-610-6720 | Trade Payable | | | | $   12,541 |
| 22 | SIEMENS ENERGY INC<br>ATTN: RICH VOORBERG<br>4400 ALAFAYA TRAIL<br>ORLANDO, FL 32826-2399 | RICH VOORBERG<br>PRESIDENT, NORTH AMERICA<br>EMAIL - rich@siemens.com | Trade Payable | | | | $   11,289 |
| 23 | PREDICTIVE MAINTENANCE SOLUTIONS IN<br>ATTN: AMY WYNN<br>768 N. BETHLEHEM PIKE<br>SUITE 201<br>LOWER GWYNEDD, PA 19002 | AMY WYNN<br>VICE PRESIDENT AND BUSINESS DIRECTOR<br>EMAIL - amy.wynn@pdmsolutions.com<br>PHONE - 215-346-2870 | Trade Payable | | | | $   11,076 |
| 24 | MALARK LOGISTICS INC<br>ATTN: SHERYL MALARK<br>9100 85TH AVE N<br>STE 200<br>BROOKLYN PARK, MN 55445-2169 | SHERYL MALARK<br>PRESIDENT<br>EMAIL - smalark@malark.com<br>PHONE - 763-420-6686 / 763-428-3564 | Trade Payable / Trade Payable – Accrual | Contingent, Unliquidated | | | $   10,011 |
| 25 | AIRGAS USA LLC<br>ATTN: MARCELO FIORANELLI<br>259 NORTH RADNOR-CHESTER ROAD<br>SUITE 100<br>RADNOR, PA 19087-5283 | MARCELO FIORANELLI<br>CHIEF EXECUTIVE OFFICER<br>EMAIL - marcelo.fioranelli@airgas.com<br>PHONE - 800-255-2165<br>FAX - 610-687-6932 | Trade Payable | | | | $   8,930 |
| 26 | TEKSOLV INC<br>ATTN: JOHN MOUSER<br>130 EXECUTIVE DR<br>STE 5<br>NEWARK, DE 19702-3349 | JOHN MOUSER<br>OWNER<br>EMAIL - jmouser@teksolv.com<br>PHONE - 302-382-7021 | Trade Payable | | | | $   8,556 |
| 27 | ALLEGHENY FIELD SERVICES<br>ATTN: DEAN GINDLESPERGER<br>629 ELDER STREET<br>JOHNSTOWN, PA 15902 | DEAN GINDLESPERGER<br>MANAGING PARTNER<br>EMAIL - dgindlesperger@gmail.com<br>PHONE - 814-525-0237 | Trade Payable | | | | $   7,500 |
| 28 | SIEMENS LARGE DRIVES LLC<br>ATTN: MICHAEL REICHLE<br>100 TECHNOLOGY DRIVE<br>ALPHARETTA, GA 30005 | MICHAEL REICHLE<br>PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>EMAIL - michael.reichle@siemens-logistics.com | Trade Payable – Accrual | Contingent, Unliquidated | | | $   6,349 |
| 29 | BATTERY SYSTEMS INC<br>ATTN: TERRY BROADDRICK<br>490 CRILE ROAD<br>WASHINGTON, PA 15301 | TERRY BROADDRICK<br>PRESIDENT<br>EMAIL - teryb@batterysystemsinc.com<br>PHONE - 724-225-5847 | Trade Payable | | | | $   6,182 |
| 30 | FASTENAL CO<br>ATTN: DANIEL FLORNESS<br>2001 THEURER BLVD<br>WINONA, MN 55987 | DANIEL FLORNESS<br>PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>EMAIL - daniel_florness@fastenal.com<br>PHONE - 507-452-4546 | Trade Payable | | | | $   6,054 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HERITAGE POWER, LLC | ) Case No. 23-_____ (___) |
| | ) |
| Debtor. | ) |
| | ) |

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Heritage Power, LLC certifies that the following corporate entities/individuals own more than 10% of the Debtor's equity interest.

| Shareholder | Percentage of Total Shares |
|---|---|
| Heritage Power Intermediate Holdings, LLC<br>1360 Post Oak Blvd., Suite 2000<br>Houston, TX 77056 | 100% Membership Interest |

DATED:        January 24, 2023

**HERITAGE POWER, LLC**

By: _____    */s/ David Freysinger*
David Freysinger
President

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HERITAGE POWER, LLC | ) Case No. 23-_____ (__) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Heritage

Power, LLC hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| Heritage Power Intermediate Holdings, LLC 1360 Post Oak Blvd., Suite 2000 Houston, TX 77056 | 100% Membership Interest |

DATED:        January 24, 2023

**HERITAGE POWER, LLC.**

By: *   /s/ David Freysinger   *
_____
David Freysinger
President

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Heritage Power, LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration ___Statement of Corporate Ownership and List of Equity Security Holders___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/24/2023___       ✗ ___/s/ David Freysinger___
MM / DD / YYYY                            Signature of individual signing on behalf of debtor

___David Freysinger___
Printed name

___President___
Position or relationship to debtor

---