**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HERITAGE POWER, LLC, *et al.*,[1] | : | Case No. 23-90032 (CML) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

### Introduction

Heritage Power, LLC ("Heritage") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") and together with the Schedules, (the "Schedules and Statements") with the United States Bankruptcy Court for the Southern District of Texas Houston Division (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Heritage Power, LLC (9775) ; Blossburg Power, LLC (3538); Brunot Island Power, LLC (8482); Gilbert Power, LLC (2872); Hamilton Power, LLC (6256); Heritage Power Intermediate Holdings, LLC (8767); Heritage Power Marketing, LLC (3891); Hunterstown Power, LLC (4065); Mountain Power, LLC (6709); New Castle Power, LLC (8606); Niles Power, LLC (6766); Orrtanna Power, LLC (8863); Portland Power, LLC (3465); Sayreville Power, LLC (6167); Shawnee Power, LLC (3714); Shawville Power, LLC (8264); Titus Power, LLC (6547); Tolna Power, LLC (8431), and Warren Generation, LLC (8699). The location of the Debtors' service address is: 1360 Post Oak Blvd., Suite 2000, Houston, TX 77056.

arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Darren Olagues, the Debtors' Vice President and Treasurer, has signed each of the Schedules and Statements. Mr. Olagues is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Olagues has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Olagues has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Global Notes supplement is in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to each of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' other Schedules and Statements, as appropriate.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect

the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.   **Description of Cases and "As Of" Information Date**. On January 24, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On January 25, 2023, the Bankruptcy Court entered the *Order Directing The Joint Administration of The Debtors' Chapter 11 Cases* [Docket No. 27]. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no official committees have been appointed or designated.

The asset and liability information provided herein represents the asset and liability data of the Debtors as of the close of business on January 24, 2023, except as otherwise noted. Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.   **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of January 24, 2023. Additionally, because the book values of certain assets such as licenses and permits may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date. Furthermore, assets that have been fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be determined to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

4.   **Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.     **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

Although there are multiple lenders under certain of the Debtors' prepetition debt facilities, only the administrative agents have been listed on Schedules.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.     **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, and accrued accounts payable.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  Prepetition liabilities that have been paid postpetition or those that the Debtors plan to pay via this authorization have been designated as contingent and/or unliquidated in the Schedules.  Please see the notes to Schedule E/F for additional information.

7.     **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.     **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.  **Executory Contracts and Unexpired Leases**.  Certain contracts and/or leases may be in the name of a non-debtor affiliate, however, the Debtors' records show that such contract and/or lease has been assigned to a Debtor and have been reflected in such Debtor's Schedule G. Additionally, the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to any and all executory contracts and unexpired leases, including the right to amend Schedule G.

10.  **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

11.  **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.    Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12.  **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13.  **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- <u>Paid Claims</u>.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.  To reflect the fact that such payments have or may be made postpetition, and accordingly the amount due as of the Petition Date has or may be reduced, the Debtors have indicated the amount due as of the Petition Date for such claims but marked them as contingent and/or unliquidated.  The Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.  Please see notes to Schedule E/F for additional information.

- <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.   **<u>Currency</u>**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.   **<u>Intercompany Payables and Receivables</u>**.  Intercompany payables and receivables are set forth on Schedule E/F or Schedule A/B.77, as applicable.  The listing by the Debtors of any account between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such amounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such amounts.

16.   **<u>Setoffs</u>**.  The Debtors periodically incur certain setoffs in the ordinary course of business.

Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17.   **<u>Confidential or Sensitive Information</u>**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to, among other things, concerns for the privacy of an individual. The alterations or redactions are

limited only in which the Debtors believe is necessary to protect the Debtor or applicable third party.

18.    **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**.  Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of January 24, 2023, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business on the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements.  Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B: Assets – Real and Personal Property.**

**Schedule A/B.3.** Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Interim and Final Orders Authorizing (A) Maintenance of the Cash Management System; (B) Maintenance of the Existing Bank Accounts; (C) Energy Manager to Continue Managing the Energy Manager Controlled Accounts; (D) Continued Use of Existing Business Forms; and (E) Granting Related Relief* [Docket No. 9] (the "Cash Management Motion").

**Schedule A/B.7.** The Bankruptcy Court, pursuant to the *Debtors' Emergency Motion for Entry of an Order (A) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Service; (B) Approving the Debtors' Proposed Adequate Assurance of Payment for  Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment* [Docket No. 12] (the "Utility Motion"), has authorized the Debtors to provide adequate assurance of payment for future utility services, including an initial deposit. Such deposits are not listed on Schedule A/B.7, which was prepared as of the Petition Date.

**Schedule A/B.15**.  Ownership interest in subsidiaries have been listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedule A/B 25**. Inventory values listed for M&S is related to goods received within 24 days instead of 20.

**Schedule A/B.55**.  Certain of the instruments reflected on Schedule A/B.55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.   Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B.55.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B.55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B.55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement).

For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holding is improperly listed.

**Schedule A/B.77**.  The listing by Heritage Power, LLC and a non-Debtor affiliate is a statement of what appears on Heritage Power, LLC's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

The current GenOn Holdings LLC net position to Heritage Power, LLC is made up of multiple components. Under the service agreement GenOn is required to invoice Heritage the subsequent month estimate for labor and benefits incurred by those people who work at the Debtors' facilities. The current balance contains true-ups for a prior month that actualized lower than estimated as well as a prepayment of the January/February 2023 invoices. In addition, certain accrual activity for bonuses and/or vacation incurred on behalf of workers at the Debtors' properties is non-cash settling and is also reflected. Finally, certain GenOn margin activities were charged to Heritage by a third party which resulted in amounts due from GenOn to Heritage. These combined activities resulted in the $1.1M net position as of the petition date as reflected in response to Schedule A/B 77.

The PJM performance credits have been listed by the Debtors in an undetermined amount because the Debtors are currently evaluating the amount of the credits.

Deferred financing costs have not been listed for the purposes of these Statements and Schedules.

**Executory Contracts and Unexpired Leases.** The Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

**Schedule D: Creditors Who Have Claims Secured by Property**.

The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in and specific asset of a secured creditor listed on Schedule D of any

Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim except as is set forth in the *Final Order (I) Authorizing Debtors to Use Cash Collateral Pursuant to Section 363(C) of the Bankruptcy Code, (II) Granting Adequate Protection to Secured Parties, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B), and (IV) Granting Related Relief* [Docket No. 118]. The descriptions provided in Schedule D are solely intended to be a summary-and not an admission-of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. The secured debt is jointly and severally the responsibility of multiple Debtors, as such the liability has been listed on each Debtor who is an obligor or guarantor of such debt. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D.  The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claim or contract.

The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

In response to the question "Do multiple creditors have an interest in the same property?", the Debtor has checked yes out of an abundance of caution to account for, among other things, the possible existence of inchoate statutory liens.  The Debtor is taking no position in this document regarding the validity of any such liens or the extent or validity of a particular creditor's lien, including other creditors listed in this Schedule D.

In response to "Describe debtor's property that is subject to lien", any description of the creditor's liens or their priority herein is qualified in its entirety by reference to the operative documents, agreements, schedules, any amendments and exhibits to the preceding and any documents evidencing perfection of such lien.  The Debtor is taking no position on the extent or priority of a particular creditor's lien in this document.

In response to "Describe the lien", see statement above regarding property subject to lien.

The secured debt is reflected as principal amount only and does not include interest and/or other fees associated with the loans.

Deferred financing costs have not been listed for the purposes of these Statements and Schedules.

**Schedule E/F: Creditors Who Have Unsecured Claims**.

***Part 1 – Creditors with Priority Unsecured Claims.*** The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on January 25, 2023, the Bankruptcy Court entered the *Final Order*

*(A) Authorizing, but not Directing, the Debtors to Pay Certain Prepetition Taxes and Obligations and (B) Granting Related Relief* [Docket No. 43] authorizing the Debtors to pay or honor certain prepetition obligations owed to taxing authorities. To the extent such claims have been paid or may be paid pursuant to further Bankruptcy Court order, they have been included as contingent and/or unliquidated on Schedule E/F, Part 1.

**Part 2 – Creditors with Nonpriority Unsecured Claims.** On February 15th, 2023 the Bankruptcy Court entered the *Final Order (I) Authorizing the Payment of Certain Prepetition Trade Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 115], authorizing the Debtors to pay or honor certain obligations with respect to trade creditors. To the extent such claims have been paid or may be paid pursuant to further Bankruptcy Court order, they have been included as contingent and/or unliquidated on Schedule E/F, Part 2.

The Debtors have used commercially reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtors reserve all their rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to the same.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed in Schedule E/F, Part 2 arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Determining the date upon which each Claim in Schedule E/F, Part 2 was incurred would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F, Part 2. Furthermore, claims listed on Schedule E/F, Part 2 have been aggregated by creditor and may include several dates of incurrence for the aggregated balance listed.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with assumption or assumption and assignment of an executory contract or unexpired lease.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

<u>**Schedule G: Executory Contracts and Unexpired Leases**</u>.

The Debtors' businesses are complex. Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions,

or over-inclusions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. In addition, the Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement).

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all their rights, claims, and Causes of Action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

Certain contracts and/or leases may be in the name of a non-debtor affiliate, however, the Debtors' records show that such contract and/or lease has been assigned to a Debtor and have been reflected in such Debtor's Schedule G. Additionally, the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to any and all executory contracts and unexpired leases, including the right to amend Schedule G .

**Schedule H: Codebtors.**

For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the various debt facilities are listed as Co-debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Specific Disclosures with Respect to the Debtors' Statements**

**Statement 1**. Gross revenue primarily includes revenues from capacity, energy and ancillary services and excludes both settled and MTM losses related to financial hedges.

**Statement 3**. In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment. As described more fully in the *Debtors' Emergency Motion for Interim and Final Orders Authorizing (A) Maintenance of the Cash Management System; (B) Maintenance of the Existing Bank Accounts; (C) Energy Manager to Continue Managing the Energy Manager Controlled Accounts; (D) Continued Use of Existing Business Forms; and (E) Granting Related Relief* [Docket No. 9] (the "Cash Management Motion") all disbursements listed in Statement 3 are made through the Debtors' cash management system. All Debtor bank accounts are owned by Heritage Power, LLC and as such all cash disbursements are made by Heritage Power, LLC.

**Statements 4**. The Debtors are managed by executive officers that are GenOn employees and serve in similar capacities for GenOn and its other non-Debtor affiliated entities. As of the Petition Date, the Heritage Board is comprised of three managers and one independent manager (collectively, the "Heritage Managers"). Two of the Heritage Managers also serve on the board of GenOn Holdings. Two of the Heritage Managers—Steven J. Pully, the independent manager, and Eugene I. Davis—do not serve in any capacity for GenOn Holdings or its non-Debtor. With the exception of Steven J. Pully and Eugene I. Davis, all payments to insiders are made by GenOn and thus are not included as part of these Statements.

The Debtors do not have any employees. Instead, the Debtors contract with third parties to provide services necessary to conduct their business operations. The Debtors principally rely on GenOn for the continued functioning of their business. Specifically, beginning July 30, 2019, the Debtors were party to three contracts with GenOn: (a) that certain Management Services Agreement by and among Heritage as Owner, GES as manager, and GenOn Holdings as sponsor (for the limited purposes of Sections 8.3, 9.2, 9.6, 9.10 and 9.11 only) dated as of July 30, 2019 (the "MSA"); (b) that certain Operation and Maintenance Agreement by and between Heritage as owner and GES as the operator dated as of July 30, 2019 (the "O&M Agreement"); and (c) that certain Sponsor EMA Reimbursement Agreement by and among HPM and GenOn Holdings dated as of July 30, 2019 (the "EMA Reimbursement Agreement," and together with the MSA and the O&M Agreement, the "Shared Services Agreements"). Prior to the Petition Date, the Debtors terminated the Shared Services Agreements and replaced them with the TSA, pursuant to which GES agreed to continue providing services consistent with the Shared Services Agreements to ensure an orderly transition of operations of the Debtors from GenOn to Heritage or its designee. The services provided by GenOn to the Debtors under the TSA (and Case 23-90032 Document 17 Filed in TXSB on 01/25/23 Page 9 of 31 previously under the Shared Services Agreements) are integral to the operation of the Debtors' businesses. Payments to GenOn under these agreements are reflected in the form of intercompany transfers for the purposes of Statement Questions 4&30.

All Debtor bank accounts are owned by Heritage Power, LLC and as such all cash disbursements are made by Heritage Power, LLC. For purposes of Statement question 4, inter-company transfers are limited to cash transfers only.

**Statement 7.** GenOn Holdings is named in certain litigation that involves property of the Debtors. To the extent that the Debtors could be or are later added to such litigation in the future and because any such claims given rise to the litigation are prepetition claims, the Debtors have scheduled such litigation as contingent, unliquidated and disputed.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**. All disbursements listed in Statement 11 were initiated and disbursed by Heritage Power, LLC, but were for the benefit of all Debtors.

**Statement 17**. The Debtors do not currently employ any employees. Certain of the dedicated people working at the Debtors' facilities are participants in a 401(k) and/or other pension plan, but such plans are not made available by the Debtors and the Debtors are not liable on such plans. These plans are provided by non-Debtor GenOn Holdings. The Debtors do, however, reimburse GenOn Holdings for certain of the expenses for the 401(k) and pension plans under the Transition Services Agreement.

**Statement 22.** The Debtors are a portfolio company indirectly wholly owned by GenOn Holdings. Certain of the Debtors' corporate affiliates were involved in the Chapter 11 bankruptcy cases, styled and captioned, In re GenOn Energy, Inc., et al., Case No. 17- 33695-DRJ (the "GenOn Bankruptcy Cases"). Specifically, GenOn Energy, Inc. and certain affiliates (the "GenOn Debtors") and NRG REMA LLC and certain affiliates (the "REMA Debtors" and together with the GenOn Debtors, the "Former Debtors") filed bankruptcy petitions for relief on June 14, 2017 and October 16, 2018, respectively and were jointly administered within the GenOn Bankruptcy Cases. The Former Debtors emerged from bankruptcy on December 14, 2018. Following the Former Debtors' emergence from bankruptcy, the Debtors were formed to separately own and operate the power generation assets in Pennsylvania, New Jersey and Ohio. All of the Debtors other than Heritage, Heritage Power Marketing, LLC ("HPM") and Heritage Power Intermediate Holdings, LLC ("Intermediate") are either the current successors to or the current owners or operators of certain power generation assets previously owned or operated by certain of the Former Debtors. The Debtors have listed all environmental events for which a regulatory agency provided the Debtors a formal notice of violation, notice of enforcement, warning, compliance order, notice of potential penalty, etc., but have not listed any documents that named one of the Former Debtors. Except for those few events identified with a "Pending" status, each of these events is considered closed and no further action has been taken by the regulatory agency.

**Statements 23 & 24.** The Debtors have listed all agency reportable releases from their facilities and operations and/or other environmental events self-reported by the Debtors and for which the regulatory agency provided notice that Debtors were the responsible party.

The Debtors have devoted substantial resources to identifying and providing the requested information. The Debtors may supplement or amend this response in the future.

**Statements 26a-c.** The Debtors have listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtors' books and records. Notwithstanding this listing, additional parties not listed may have had access to the Debtors' books and records.

**Statement 28.** Directors and officers listed in Statement 28 may be (i) directors or officers of other Debtors or non-Debtor affiliates, (ii) directors or officers of one or more Debtors or non-Debtor affiliates.

**Statement 30**. Where applicable, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Statement 31.** The Debtors are disregarded for tax purposes.

**Statement 32**. The Debtors do not currently employ any employees. Certain of the dedicated people working at the Debtors' facilities are participants in a 401(k) and/or other pension plan, but such plans are not made available by the Debtors and the Debtors are not liable on such plans. These plans are provided by non-Debtor GenOn Holdings. The Debtors do, however, reimburse GenOn Holdings for certain of the expenses for the 401(k) and pension plans under the Transition Services Agreement.

**Fill in this information to identify the case:**

Debtor name    Blossburg Power, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):    23-90033 (CML)

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................................................    $                38,351.14

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................................................    $            5,183,662.22*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................................................    $            5,222,013.36*

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .........................................    $            517,270,394.71*

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................    $            Undertermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................    **+** $            3,525.14*

4. **Total liabilities** ................................................................................................................................................    $            517,273,919.85*
   Lines 2 + 3a + 3b

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Blossburg Power, LLC

United States Bankruptcy Court for the:  Southern District of Texas, Houston Division

Case number (If known)  23-90033 (CML)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 _____ | _____ | __ __ __ __ | $ _____ |
| 3.2 _____ | _____ | __ __ __ __ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1 _____ | $ _____ |
|---|---|
| 4.2 _____ | $ _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ _____ 0.00

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 _____ | $ _____ |
|---|---|
| 7.2 _____ | $ _____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____     $ _____

8.2 _____     $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $ _____ 0.00

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | _____ – _____ | = ..... → | $ _____ |
|---|---|---|---|
|  | face amount    doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | _____ – _____ | = ..... → | $ _____ |
|  | face amount    doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ _____ 0.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | $ _____ |
|---|---|---|---|
| 14.2 | _____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

| 15.1 | _____ | _____ % | _____ | $ _____ |
|---|---|---|---|---|
| 15.2 | _____ | _____ % | _____ | $ _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | _____ | _____ | $ _____ |
|---|---|---|---|
| 16.2 | _____ | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $ _____ 0.00

---

Debtor    Blossburg Power, LLC
          _____          Case number (if known) 23-90033 (CML)
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑  No. Go to Part 6.
☐  Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20.  Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23.  Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | $ _____ 0.00 |

**24.  Is any of the property listed in Part 5 perishable?**

☐  No
☐  Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐  No
☐  Yes. Book value  $ _____    Valuation method _____    Current value  $ _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐  No
☐  Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑  No. Go to Part 7.
☐  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor   Blossburg Power, LLC
_____                    Case number (if known) 23-90033 (CML)
         Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                   $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                                   $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor   Blossburg Power, LLC                                          Case number (If known)   23-90033 (CML)
         Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ | | $                   0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $                   0.00 |
| 48.2 | $ | | $ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $                   0.00 |
| 49.2 | $ | | $ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $    5,183,662.22 | | $    5,183,662.22 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$    5,183,662.22

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Debtor    Blossburg Power, LLC

_____
Name                                              Case number (if known)   23-90033 (CML)

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  38,351.14 | | $  38,351.14 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $  38,351.14

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| None | $ | | $  0.00 |
| **61. Internet domain names and websites** | | | |
| None | $ | | $  0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| See Attached Rider | $  Undetermined | | $  Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| None | $ | | $  0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| None | $ | | $  0.00 |
| **65. Goodwill** | | | |
| None | $ | | $  0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $  Undetermined

*Plus Undetermined Amounts

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:   All other assets**

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  |
|---|---|---|
|  |  | **Current value of debtor's interest** |

**71.  Notes receivable**

Description (include name of obligor)

None _____    _____ — _____ = → $ _____ 0.00

                                         Total Face Amount    Doubtful or uncollectible Amount

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____    Tax Year _____    $ _____ 0.00

_____    Tax Year _____    $ _____

_____    Tax Year _____    $ _____

**73.  Interests in insurance policies or annuities**

See Attached Rider _____    $   Undetermined

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

None _____    $ _____ 0.00

**Nature of Claim** _____

**Amount Requested** $ _____

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____    $ _____ 0.00

**Nature of Claim** _____

**Amount Requested** $ _____

**76.  Trusts, equitable or future interests in property**

None _____    $ _____ 0.00

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

PJM Performance Credits    $   Undetermined

    $ _____

**78.  Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $   Undetermined

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

***Plus Undetermined Amounts**

Debtor   Blossburg Power, LLC

Name

Case number (If known)   23-90033 (CML)

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 5,183,662.22 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................ → | | $ 38,351.14 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ Undetermined | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 5,183,662.22* + 91b. | $ 38,351.14 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.............................................................................. | | $ 5,222,013.36* |

*Plus Undetermined Amounts

Debtor Name:  Blossburg Power, LLC                                                                Case Number:  23-90033 (CML)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Plant Equipment | $4,152,239.95 | Net Book Value | $4,152,239.95 |
| Transmission Assets | $1,031,422.27 | Net Book Value | $1,031,422.27 |
| | | **TOTAL** | **$5,183,662.22** |

Debtor Name:  Blossburg Power, LLC                                                                     Case Number:  23-90033 (CML)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Blossburg Power Plant - Buildings | | $13,351.14 | Net Book Value | $13,351.14 |
| Blossburg Power Plant - Land | | $25,000.00 | Net Book Value | $25,000.00 |
| | | | **TOTAL** | **$38,351.14** |

Debtor Name:  Blossburg Power, LLC                                    Case Number:  23-90033 (CML)

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Pennsylvania Department of Environmental Protection - Air Quality Program - North-Central Regional Office - State Only Operating Permit | Undetermined | | Undetermined |
| United States Environmental Protection Agency, Office of Resource Conservation and Recovery - Hazardous Waste Permit | Undetermined | | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Blossburg Power, LLC

Case Number:  23-90033 (CML)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Hartford Casualty Insurance Company | Automobile Liability Insurance | 21UEJDD4971 | Undetermined |
| Hartford Underwriters Insurance Company | Commercial General Liability Insurance | 21UEJDD4968 | Undetermined |
| Endurance Assurance Corporation | Directors and Officers Liability Insurance<br>Employment Practices Liability Insurance<br>Fiduciary Liability Insurance<br>Crime Insurance | MAP30000889304 | Undetermined |
| Voyager Indemnity Insurance Company | Flood Coverage Insurance | CFS000364801 | Undetermined |
| GuideOne National Insurance Company | Property Insurance | 099002582 | Undetermined |
| Starr Surplus Lines Insurance Company | Property Insurance | 22SUFDD11657601 | Undetermined |
| Energy Insurance Mutual | Property Insurance | 31149322GP | Undetermined |
| Cedar Hamilton Limited | Property Insurance | CHPN22AA004A | Undetermined |
| ACE American Insurance Company | Property Insurance | EUTN18658793 | Undetermined |
| Lloyd's Syndicate QBE1036 | Property Insurance | F22PYDH14387 | Undetermined |
| General Security Indemnity Company of Arizona | Property Insurance | FA006165520221 | Undetermined |
| Arch Insurance International<br>Aspen Insurance Limited<br>Helvetia Swiss Insurance Company<br>Lloyd's Syndicate Amlin<br>Lloyd's Syndicate ARG 2121<br>Lloyd's Syndicate Hardy 0382<br>Lloyd's Syndicate Talbot<br>Lloyd's Syndicate TRV 5000<br>Sompo | Property Insurance | ME2218469 | Undetermined |
| Great Lakes Insurance SE<br>Lloyd's Syndicate Hardy | Property Insurance | ME2218471 | Undetermined |
| Rokstone Lloyd's Syndicate WRB | Property Insurance | ME2218474 | Undetermined |
| Allied World Assurance Company Limited | Property Insurance | ME2218943 | Undetermined |
| Lloyd's Syndicate Amlin 2001<br>Lloyd's Syndicate Cincinnati 0318<br>Lloyd's Syndicates Canopius 4444 | Property Insurance | ME2218944 | Undetermined |
| Scor UK Company Limited | Property Insurance | ME2218970 | Undetermined |
| Lloyd's Syndicate Atrium 0609 | Property Insurance | ME2220990 | Undetermined |
| Ark Management Syndicate 3902<br>Lloyd's Syndicate NOA 3902 | Property Insurance | ME2220997 | Undetermined |
| Royal & Sun Alliance Insurance PLC | Property Insurance | ME2221000 | Undetermined |

Debtor Name:  Blossburg Power, LLC                                        Case Number:   23-90033 (CML)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Lloyd's Syndicate Ark 4020 | Property Insurance | ME2221001 | Undetermined |
| Lloyd's Syndicate NOA 3902 | Property Insurance | ME2221002 | Undetermined |
| Oil Casualty Insurance Limited | Property Insurance | ME2221003 | Undetermined |
| Lloyd's Syndicate KLN | Property Insurance | ME2221005 | Undetermined |
| Lancashire Insurance Co (UK) Ltd Lloyd's Syndicate Lancashire LRE 3010 | Property Insurance | ME2221007 | Undetermined |
| AXA XL Insurance Company | Property Insurance | ME2222655 | Undetermined |
| Lloyd's Syndicate HIS 0033 | Property Insurance | ME2222670 | Undetermined |
| Lloyd's Syndicate FDY0435 | Property Insurance | ME2222671 | Undetermined |
| HDI Global Insurance Company | Property Insurance | PGXD5669702 | Undetermined |
| Associated Electric & Gas Insurance Services, Ltd. – US | Property Insurance | PO5817204P | Undetermined |
| Allianz Global Risk US Insurance Company | Property Insurance | USE00038722 | Undetermined |
| Convex Insurance UK Limited ReThink Underwriting Limited | Terrorism Insurance | ME2218938 | Undetermined |
| Associated Elec. & Gas Ins Svcs Ltd (AEGIS) | Umbrella and Excess Liability Insurance | XL5900303P | Undetermined |
| Hartford Accident and Indemnity Ins Co (NY) Hartford Fire Ins Co (VA) Hartford Insurance Co of Illinois (PA) Hartford Underwriters Ins Co (NJ, NV, TX) Nutmeg Ins Co (MD) Twin City Fire Ins Co (CA, LA, OH) | Workers' Compensation and Employers' Liability Insurance | 21WEHAE1MNE | Undetermined |
|  | **TOTAL** |  | $0.00 |
|  |  |  | + Undetermined Amounts |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Blossburg Power, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (If known): | 23-90033 (CML) |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
JEFFERIES FINANCE, LLC

Describe debtor's property that is subject to a lien
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined     $ _____ Undetermined

Creditor's mailing address
520 MADISON AVE
ATTN: CORPORATE TRUST SERVICES & ATTN:
ACCOUNT MANAGER – HERITAGE POWER
NEW YORK, NY 10022

Describe the lien
GUARANTOR OF REVOLVING LETTER OF CREDIT IS000167020U
IN THE AMOUNT OF $1,535,665.50 FOR THE BENEFIT OF EASTERN
GAS TRANSMISSION AND STORAGE, INC.

Creditor's email address, if known
JFIN.Admin@jefferies.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred     Undetermined

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2** Creditor's name
JEFFERIES FINANCE, LLC

Describe debtor's property that is subject to a lien
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined     $ _____ Undetermined

Creditor's mailing address
520 MADISON AVE
ATTN: CORPORATE TRUST SERVICES & ATTN:
ACCOUNT MANAGER – HERITAGE POWER
NEW YORK, NY 10022

Describe the lien
GUARANTOR OF REVOLVING LETTER OF CREDIT SB-49471 IN
THE AMOUNT OF $8,850,000.00 FOR THE BENEFIT OF
SHAWVILLE LESSOR GENCO LLC C/O PSEG RESOURCES L.L.C.

Creditor's email address, if known
JFIN.Admin@jefferies.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred     Undetermined

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?
　　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 517,270,394.71

+ Undetermined Amounts

Debtor   Blossburg Power, LLC
      Name                                        Case number (If known)   23-90033 (CML)

| **Part 1:** | **Additional Page** | **Column A** **Amount of Claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

JEFFERIES FINANCE, LLC

**Creditor's mailing address**

520 MADISON AVE
ATTN: CORPORATE TRUST SERVICES & ATTN:
ACCOUNT MANAGER – HERITAGE POWER
NEW YORK, NY 10022

**Creditor's email address, if known**

JFIN.Admin@jefferies.com

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$   32,270,394.71   $   Undetermined

+ Undetermined Amounts

**Describe the lien**

GUARANTOR OF REVOLVING LOAN FACILITY IN THE AMOUNT OF $32,270,394.71

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

JEFFERIES FINANCE, LLC

**Creditor's mailing address**

520 MADISON AVE
ATTN: CORPORATE TRUST SERVICES & ATTN:
ACCOUNT MANAGER – HERITAGE POWER
NEW YORK, NY 10022

**Creditor's email address, if known**

JFIN.Admin@jefferies.com

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$   485,000,000.00   $   Undetermined

+ Undetermined Amounts

**Describe the lien**

GUARANTOR OF TERM LOAN FACILITY  IN THE AMOUNT OF $485,000,000.00

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Blossburg Power, LLC | Case number (If known): | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**
MACQUARIE CAPITAL (USA) INC.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
500 DALLAS STREET
SUITE 3300
ATTN: DEAL MANAGEMENT TEAM AND CGM
LEGAL DEPARTMENT
HOUSTON, TX 77002

**Describe the lien**
GUARANTOR OF PROJECT LETTER OF CREDIT
LBCMNY2019109 IN THE AMOUNT OF $3,086,104.00 FOR THE
BENEFIT OF PENNSYLVANIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION, BUREAU OF WASTE

**Creditor's email address, if known**
commodityfinanceus@macquarie.com;
CGMLegalHouston@macquarie.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.6**

**Creditor's name**
MACQUARIE CAPITAL (USA) INC.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
500 DALLAS STREET
SUITE 3300
ATTN: DEAL MANAGEMENT TEAM AND CGM
LEGAL DEPARTMENT
HOUSTON, TX 77002

**Describe the lien**
GUARANTOR OF PROJECT LETTER OF CREDIT LBCMNY2019110
IN THE AMOUNT OF $400,000.00 FOR THE BENEFIT OF
PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL
PROTECTION, BUREAU OF WASTE MANAGEMENT

**Creditor's email address, if known**
commodityfinanceus@macquarie.com;
CGMLegalHouston@macquarie.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.7** | **Creditor's name**
MACQUARIE CAPITAL (USA) INC.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
500 DALLAS STREET
SUITE 3300
ATTN: DEAL MANAGEMENT TEAM AND CGM
LEGAL DEPARTMENT
HOUSTON, TX 77002

**Describe the lien**
GUARANTOR OF PROJECT LETTER OF CREDIT S00069889 IN THE AMOUNT OF $27,461,596.00 FOR THE BENEFIT OF ASPEN AMERICAN INSURANCE COMPANY / US FIRE INSURANCE COMPANY

**Creditor's email address, if known**
commodityfinanceus@macquarie.com;
CGMLegalHouston@macquarie.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.8** | **Creditor's name**
MACQUARIE CAPITAL (USA) INC.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
500 DALLAS STREET
SUITE 3300
ATTN: DEAL MANAGEMENT TEAM AND CGM
LEGAL DEPARTMENT
HOUSTON, TX 77002

**Describe the lien**
GUARANTOR OF PROJECT LETTER OF CREDIT S00069937 IN THE AMOUNT OF $765,000.00 FOR THE BENEFIT OF GREYLOCK PIPELINE, LLC

**Creditor's email address, if known**
commodityfinanceus@macquarie.com;
CGMLegalHouston@macquarie.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Blossburg Power, LLC
     Name

Case number (If known)   23-90033 (CML)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

MACQUARIE CAPITAL (USA) INC.

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

500 DALLAS STREET
SUITE 3300
ATTN: DEAL MANAGEMENT TEAM AND CGM
LEGAL DEPARTMENT
HOUSTON, TX 77002

**Describe the lien**

GUARANTOR OF PROJECT LETTER OF CREDIT S00308360 IN THE AMOUNT OF $10,150,000.00 FOR THE BENEFIT OF SHAWVILLE LESSOR GENCO LLC C/O PSEG RESOURCES L.L.C.

**Creditor's email address, if known**

commodityfinanceus@macquarie.com;
CGMLegalHouston@macquarie.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**

MACQUARIE CAPITAL (USA) INC.

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

500 DALLAS STREET
SUITE 3300
ATTN: DEAL MANAGEMENT TEAM AND CGM
LEGAL DEPARTMENT
HOUSTON, TX 77002

**Describe the lien**

GUARANTOR OF PROJECT LETTER OF CREDIT S00310458 IN THE AMOUNT OF $727,000.00 FOR THE BENEFIT OF NATIONAL FUEL GAS DISTRIBUTION CORPORATION

**Creditor's email address, if known**

commodityfinanceus@macquarie.com;
CGMLegalHouston@macquarie.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Blossburg Power, LLC | Case number (If known): | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11**

**Creditor's name**

MUFG UNION BANK, N.A., AS COLLATERAL AGENT

**Creditor's mailing address**

1251 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10020

**Creditor's email address, if known**

**Date debt was incurred**          Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**

DELAWARE UCC FINANCING STATEMENT NO. 20195256230

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.12**

**Creditor's name**

MUFG UNION BANK, N.A., AS COLLATERAL AGENT

**Creditor's mailing address**

1251 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10020

**Creditor's email address, if known**

**Date debt was incurred**          Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**

DELAWARE UCC FINANCING STATEMENT NO. 20195257451

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Blossburg Power, LLC
          Name                                                      Case number (If known):   23-90033 (CML)

---

**Part 2:**      **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| KING AND SPALDING LLP<br>C/O MACQUARIE BANK LIMITED<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>ATTN: BRANDON DALLING<br>NEW YORK, NY 10036 | Line 2.    7 | |
| KING AND SPALDING LLP<br>C/O MACQUARIE BANK LIMITED<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>ATTN: BRANDON DALLING<br>NEW YORK, NY 10036 | Line 2.    6 | |
| KING AND SPALDING LLP<br>C/O MACQUARIE BANK LIMITED<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>ATTN: BRANDON DALLING<br>NEW YORK, NY 10036 | Line 2.    8 | |
| KING AND SPALDING LLP<br>C/O MACQUARIE BANK LIMITED<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>ATTN: BRANDON DALLING<br>NEW YORK, NY 10036 | Line 2.    9 | |
| KING AND SPALDING LLP<br>C/O MACQUARIE BANK LIMITED<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>ATTN: BRANDON DALLING<br>NEW YORK, NY 10036 | Line 2.    5 | |
| KING AND SPALDING LLP<br>C/O MACQUARIE BANK LIMITED<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>ATTN: BRANDON DALLING<br>NEW YORK, NY 10036 | Line 2.    10 | |
| LATHAM & WATKINS<br>C/O JEFFERIES FINANCE, LLC<br>1271 AVE OF THE AMERICAS<br>ATTN: ADAM J. GOLDBERG<br>NEW YORK, NY 10020 | Line 2.    2 | |
| LATHAM & WATKINS<br>C/O JEFFERIES FINANCE, LLC<br>1271 AVE OF THE AMERICAS<br>ATTN: ADAM J. GOLDBERG<br>NEW YORK, NY 10020 | Line 2.    1 | |
| LATHAM & WATKINS<br>C/O JEFFERIES FINANCE, LLC<br>1271 AVE OF THE AMERICAS<br>ATTN: ADAM J. GOLDBERG<br>NEW YORK, NY 10020 | Line 2.    4 | |
| LATHAM & WATKINS<br>C/O JEFFERIES FINANCE, LLC<br>1271 AVE OF THE AMERICAS<br>ATTN: ADAM J. GOLDBERG<br>NEW YORK, NY 10020 | Line 2.    3 | |

| Debtor | Blossburg Power, LLC | Case number (If known): | 23-90033 (CML) |
|--------|---------------------|------------------------|----------------|
| | Name | | |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| MACQUARIE BANK LIMITED<br>500 DALLAS ST<br>SUITE 3300<br>ATTN: DEAL MANAGEMENT TEAM<br>HOUSTON, TX 77002 | Line 2.    6 | |
| MACQUARIE BANK LIMITED<br>500 DALLAS ST<br>SUITE 3300<br>ATTN: DEAL MANAGEMENT TEAM<br>HOUSTON, TX 77002 | Line 2.    7 | |
| MACQUARIE BANK LIMITED<br>500 DALLAS ST<br>SUITE 3300<br>ATTN: DEAL MANAGEMENT TEAM<br>HOUSTON, TX 77002 | Line 2.    10 | |
| MACQUARIE BANK LIMITED<br>500 DALLAS ST<br>SUITE 3300<br>ATTN: DEAL MANAGEMENT TEAM<br>HOUSTON, TX 77002 | Line 2.    8 | |
| MACQUARIE BANK LIMITED<br>500 DALLAS ST<br>SUITE 3300<br>ATTN: DEAL MANAGEMENT TEAM<br>HOUSTON, TX 77002 | Line 2.    5 | |
| MACQUARIE BANK LIMITED<br>500 DALLAS ST<br>SUITE 3300<br>ATTN: DEAL MANAGEMENT TEAM<br>HOUSTON, TX 77002 | Line 2.    9 | |
| MORGAN STANLEY SENIOR FUNDING, INC.<br>1300 THAMES STREET WHARF<br>4TH FLOOR<br>ATTN: MORGAN STANLEY LOAN SERVICING<br>BALTIMORE, MD 21231 | Line 2.    3 | |
| MORGAN STANLEY SENIOR FUNDING, INC.<br>1300 THAMES STREET WHARF<br>4TH FLOOR<br>ATTN: MORGAN STANLEY LOAN SERVICING<br>BALTIMORE, MD 21231 | Line 2.    4 | |
| MORGAN STANLEY SENIOR FUNDING, INC.<br>1300 THAMES STREET WHARF<br>4TH FLOOR<br>ATTN: MORGAN STANLEY LOAN SERVICING<br>BALTIMORE, MD 21231 | Line 2.    1 | |
| MORGAN STANLEY SENIOR FUNDING, INC.<br>1300 THAMES STREET WHARF<br>4TH FLOOR<br>ATTN: MORGAN STANLEY LOAN SERVICING<br>BALTIMORE, MD 21231 | Line 2.    2 | |
| | Line 2. | |

Debtor    Blossburg Power, LLC
              Name

Case number (If known):    23-90033 (CML)

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Blossburg Power, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (If known) | 23-90033 (CML) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
COVINGTON TOWNSHIP TAX COLLECTOR (TIOGA COUNTY)
114 EAST HILL ROAD
ATTN: SCOTT CRAIG
COVINGTON, PA 16917

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Tax Liability

Total claim: $  Undetermined
Priority amount: $  Undetermined

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
PENNSYLVANIA DEPARTMENT OF REVENUE
411 7TH AVE ROOM 420
PITTSBURGH, PA 15219-1905

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Tax Liability

Total claim: $  Undetermined
Priority amount: $  Undetermined

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number** 4925

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Total claim: $
Priority amount: $

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Blossburg Power LLC | Case number (if known) | 23-90032 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION
79 ELM STREET
HARTFORD, CT 06106-5127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

| Date or dates debt was incurred | Undetermined |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.2**

**Nonpriority creditor's name and mailing address**
CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY
TEN FRANKLIN SQUARE
NEW BRITAIN, CT 06051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

| Date or dates debt was incurred | Undetermined |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.3**

**Nonpriority creditor's name and mailing address**
DANE'S LAWN CARE AND LANDSCAPING LLC
1921 NORTH WILLIAMSON RD
COVINGTON, PA 16917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 780.00

| Date or dates debt was incurred | Various |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.4**

**Nonpriority creditor's name and mailing address**
DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL
89 KINGS HIGHWAY
DOVER, DE 19901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

| Date or dates debt was incurred | Undetermined |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.5**

**Nonpriority creditor's name and mailing address**
DELAWARE PUBLIC SERVICE COMMISSION
861 SILVER LAKE BLVD
CANNON BUILDING
SUITE 100
DOVER, DE 19904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

| Date or dates debt was incurred | Undetermined |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.6**

**Nonpriority creditor's name and mailing address**
ERM-WEST INC
1277 TREAT BLVD.
SUITE 500
WALNUT CREEK, CA 94597

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 954.54

| Date or dates debt was incurred | Various |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Blossburg Power, LLC | Case number (if known) | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

FEDERAL ENERGY REGULATORY COMMISSION (FERC)
888 FIRST ST, NE
WASHINGTON, DC 20426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Legal Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

FRONTIER COMMUNICATIONS CORP
PO BOX 740407
CINCINNATI, OH 45274-0407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 82.38

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

JDEC SOLUTIONS
6341 STEWART RD
STE 318
GALVESTON, TX 77551-1880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,702.82

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION
17 STATE HOUSE STATION
AUGUSTA, ME 04333-0017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

MAINE PUBLIC UTILITIES COMMISSION
26 KATHERINE DRIVE
HALLOWELL, ME 04347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Blossburg Power, LLC | Case number (*if known*) | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** 

**Nonpriority creditor's name and mailing address**

MARYLAND DEPARTMENT OF THE ENVIRONMENT
1800 WASHINGTON BLVD
BALTIMORE, MD 21230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.13** 

**Nonpriority creditor's name and mailing address**

MARYLAND PUBLIC SERVICE COMMISSION
6 SAINT PAUL STREET
16TH FLOOR
BALTIMORE, MD 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.14** 

**Nonpriority creditor's name and mailing address**

MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES
ATTN: DOER
100 CAMBRIDGE ST
9TH FLOOR
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.15** 

**Nonpriority creditor's name and mailing address**

MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION
ATTN: MASSDEP
100 CAMBRIDGE ST
9TH FLOOR
BOSTON, MA 02114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.16** 

**Nonpriority creditor's name and mailing address**

NEW HAMPSHIRE DEPARTMENT OF ENERGY
21 SOUTH FRUIT STREET
SUITE 10
CONCORD, NH 03301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Blossburg Power, LLC | Case number (*if known*) | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES
29 HAZEN DRIVE
CONCORD, NH 03302-0095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

NEW JERSEY BOARD OF PUBLIC UTILITIES
44 S. CLINTON AVE
TRENTON, NJ 08625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
401 EAST STATE ST
TRENTON, NJ 08625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION
625 BROADWAY
ALBANY, NY 12233-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

NEW YORK PUBLIC SERVICE COMMISSION
EMPIRE STATE PLAZA
AGENCY BUILDING 3
ALBANY, NY 12223-1350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Blossburg Power, LLC | Case number (if known) | 23-90033 (CML) |
|--------|----------------------|------------------------|----------------|
|        | Name                 |                        |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

NI SATELLITE INC
DEPT CH 17993
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.40

---

**3.23** Nonpriority creditor's name and mailing address

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF WASTE MANAGEMENT
ATTN: TAMMY JEFFERSON
RACHEL CARSON STATE OFFICE BLDG
400 MARKET ST, 15TH FLOOR
HARRISBURG, PA 17107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Environmental Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.24** Nonpriority creditor's name and mailing address

PENNSYLVANIA PUBLIC UTILITY COMMISSION
400 NORTH STREET
KEYSTONE BUILDING
HARRISBURG, PA 17120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.25** Nonpriority creditor's name and mailing address

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
400 WATERFRONT DRIVE
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.26** Nonpriority creditor's name and mailing address

PJM INTERCONNECTION, LLC
2750 MONROE BLVD
ATTN: JEANINE S. WATSON, SENIOR COUNSEL
AUDUBON, PA 19403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Commitment Compliance Penalty Charges

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Blossburg Power, LLC | Case number (if known) | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.)
90 CHURCH STREET
4TH FLOOR
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 PROMENADE STREET
PROVIDENCE, RI 02908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

RHODE ISLAND OFFICE OF ENERGY RESOURCES
ONE CAPITOL HILL
PROVIDENCE, RI 02908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

VERMONT BOARD OF PUBLIC UTILITIES
112 STATE STREET
MONTPELIER, VT 05620-2701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DAVIS BUILDING - 3RD FLOOR
ONE NATIONAL LIFE DRIVE
MONTPELIER, VT 05620-3520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Liability

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Blossburg Power, LLC | Case number *(if known)* | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY
1111 EAST MAIN STREET
SUITE 1400
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ _____ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

VIRGINIA STATE CORPORATION COMMISSION
1300 E MAIN ST
RICHMOND, VA 23218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Liability

$ _____ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Blossburg Power, LLC                                    Case number (if known)    23-90033 (CML)
_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line<br>☐ Not listed.  Explain | |
| 4.2 | Line<br>☐ Not listed.  Explain | |
| 4.3 | Line<br>☐ Not listed.  Explain | |
| 4.4 | Line<br>☐ Not listed.  Explain | |
| 4.5 | Line<br>☐ Not listed.  Explain | |
| 4.6 | Line<br>☐ Not listed.  Explain | |
| 4.7 | Line<br>☐ Not listed.  Explain | |
| 4.8 | Line<br>☐ Not listed.  Explain | |
| 4.9 | Line<br>☐ Not listed.  Explain | |

Debtor    Blossburg Power, LLC

        Name

Case number (if known)   23-90033 (CML)

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $     0.00 |
| | | + Undetermined Amounts |
| 5b. **Total claims from Part 2** | 5b. ✚ | $     3,525.14 |
| | | + Undetermined Amounts |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $     3,525.14 |
| | | + Undetermined Amounts |

---

| Fill in this information to identify the case: |
| --- |

Debtor name    Blossburg Power, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (if known):    23-90033 (CML)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COLLATERAL AGENCY AND INTERCREDITOR AGREEMENT DATED 07/30/2019 | BOSTON ENERGY TRADING AND MARKETING, LLC<br>ONE INTERNATIONAL PLACE<br>SUITE 900<br>ATTN: VICE PRESIDENT, SENIOR COUNSEL, CONTRACT ADMINISTRATOR<br>BOSTON, MA 02110 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCONNECTION SERVICE AGREEMENT DATED 06/30/2020 | FIRSTENERGY SERVICE COMPANY<br>76 SOUTH MAIN STREET<br>A-GO-10<br>ATTN: NIKHIL RAO, TRICIA HARTZELL, ATTORNEY FOR FERC & WHOLESALE CONNECTION SUPPORT<br>AKRON, OH 44308 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSENT AND AGREEMENT DATED 07/30/2019 | GENON ENERGY SERVICES, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSENT AND AGREEMENT DATED 07/30/2019 | GENON HOLDINGS, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL WARRANTY DEED DATED 07/24/2019 | GENON REMA, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |

| Debtor | Blossburg Power, LLC | | Case number (If known): 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 07/30/2019 | GENON REMA, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSTRUMENT OF CONVEYANCE DATED 07/30/2019 | GENON REMA, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSENT TO ASSIGNMENT AGREEMENT DATED 07/29/2019 | GENON REMA, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT AND NOVATION AGREEMENT DATED 07/30/2019 | GENON REMA, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION OF EASEMENT AND LICENSE AGREEMENT DATED 07/24/2019 | GENON REMA, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLATERAL AGENCY AND INTERCREDITOR AGREEMENT DATED 07/30/2019 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLATERAL AGENCY AND INTERCREDITOR AGREEMENT DATED 07/30/2019 | HERITAGE POWER, LLC<br>1360 POST OAK BLVD<br>SUITE 2000<br>HOUSTON, TX 77056 |

Debtor   Blossburg Power, LLC

Case number (If known):   23-90033 (CML)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | SECURITY DEPOSIT AGREEMENT DATED 07/30/2019 | JEFFERIES FINANCE, LLC<br>520 MADISON AVE<br>ATTN: CORPORATE TRUST SERVICES & ATTN: ACCOUNT MANAGER – HERITAGE POWER<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT AND GUARANTY AGREEMENT DATED 07/30/2019 | JEFFERIES FINANCE, LLC<br>520 MADISON AVE<br>ATTN: CORPORATE TRUST SERVICES & ATTN: ACCOUNT MANAGER – HERITAGE POWER<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | COLLATERAL AGENCY AND INTERCREDITOR AGREEMENT DATED 07/30/2019 | JEFFERIES FINANCE, LLC<br>520 MADISON AVE<br>ATTN: CORPORATE TRUST SERVICES & ATTN: ACCOUNT MANAGER – HERITAGE POWER<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT AND GUARANTY AGREEMENT DATED 07/30/2019 | MACQUARIE CAPITAL (USA) INC.<br>500 DALLAS STREET<br>SUITE 3300<br>ATTN: DEAL MANAGEMENT TEAM AND CGM LEGAL DEPARTMENT<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | INTERCONNECTION SERVICE AGREEMENT DATED 06/30/2020 | MID-ATLANTIC INTERSTATE TRANSMISSION, LLC<br>76 SOUTH MAIN STREET<br>A-GO-10<br>ATTN: MIKE THORN, FERC & WHOLESALE CONNECTION SUPPORT MANAGER<br>AKRON, OH 44308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | RETAINED PROFESSIONAL AGREEMENT DATED 10/25/2022 | MILBANK LLP<br>55 HUDSON YARDS<br>NEW YORK, NY 10001-2163 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | COLLATERAL AGENCY AND INTERCREDITOR AGREEMENT DATED 07/30/2019 | MORGAN STANLEY CAPITAL GROUP, INC.<br>1585 BROADWAY<br>ATTN: COMMODITIES SETTLEMENT AND GAS OPS MANAGER<br>NEW YORK, NY 10036-8293 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Blossburg Power, LLC
_____
Name

Case number (If known): 23-90033 (CML)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | |
| --- | --- | --- |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CREDIT AND GUARANTY AGREEMENT DATED 07/30/2019 | MORGAN STANLEY SENIOR FUNDING, INC.<br>1300 THAMES STREET WHARF<br>4TH FLOOR<br>ATTN: MORGAN STANLEY LOAN SERVICING<br>BALTIMORE, MD 21231 |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OPEN-END MORTGAGE, ASSIGNMENT OF RENTS, LEASE, FIXTURE, FILLING, FINANCING STATEMENT, AND SECURITY AGREEMENT DATED 10/08/2019 | MUFG UNION BANK, N.A.<br>1251 AVENUE OF THE AMERICAS<br>19TH FLOOR<br>ATTN: CORPORATE TRUST SERVICES & VANESSA WILLIAMS<br>NEW YORK, NY 10020 |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PLEDGE AND SECURITY AGREEMENT DATED 07/30/2019 | MUFG UNION BANK, N.A.<br>1251 AVENUE OF THE AMERICAS<br>19TH FLOOR<br>ATTN: CORPORATE TRUST SERVICES & VANESSA WILLIAMS<br>NEW YORK, NY 10020 |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLATERAL AGENCY AND INTERCREDITOR AGREEMENT DATED 07/30/2019 | MUFG UNION BANK, N.A.<br>1251 AVENUE OF THE AMERICAS<br>19TH FLOOR<br>ATTN: CORPORATE TRUST SERVICES & VANESSA WILLIAMS<br>NEW YORK, NY 10020 |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECURITY DEPOSIT AGREEMENT DATED 07/30/2019 | MUFG UNION BANK, N.A.<br>1251 AVENUE OF THE AMERICAS<br>19TH FLOOR<br>ATTN: CORPORATE TRUST SERVICES & VANESSA WILLIAMS<br>NEW YORK, NY 10020 |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSENT AND AGREEMENT DATED 07/30/2019 | MUFG UNION BANK, N.A.<br>1251 AVENUE OF THE AMERICAS<br>19TH FLOOR<br>ATTN: CORPORATE TRUST SERVICES & VANESSA WILLIAMS<br>NEW YORK, NY 10020 |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 07/30/2019 | PENNSYLVANIA ELECTRIC COMPANY<br>2800 POTTSVILLE PIKE<br>PO BOX 16001<br>C/O GPU ENERGY<br>READING, PA 19640-0001 |

Debtor   Blossburg Power, LLC
      Name

Case number (If known): 23-90033 (CML)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.27** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRIC SERVICE AGREEMENT DATED 10/28/2019 | PENNSYLVANIA ELECTRIC COMPANY<br>2800 POTTSVILLE PIKE<br>PO BOX 16001<br>C/O GPU ENERGY<br>READING, PA 19640-0001 |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION OF EASEMENT AND LICENSE AGREEMENT DATED 07/24/2019 | PENNSYLVANIA ELECTRIC COMPANY<br>2800 POTTSVILLE PIKE<br>PO BOX 16001<br>C/O GPU ENERGY<br>READING, PA 19640-0001 |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERCONNECTION SERVICE AGREEMENT DATED 06/30/2020 | PJM INTERCONNECTION, LLC<br>1200 G STREET, NW<br>SUITE 600<br>ATTN: CRAIG GLAZER, VICE PRESIDENT – FEDERAL GOVERNMENT POLICY<br>WASHINGTON, DC 20005 |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSENT TO ASSIGNMENT AGREEMENT DATED 07/29/2019 | PJM INTERCONNECTION, LLC<br>2750 MONROE BLVD<br>ATTN: JEANINE S. WATSON, SENIOR COUNSEL<br>AUDUBON, PA 19403 |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT AND NOVATION AGREEMENT DATED 07/30/2019 | TENASKA POWER SERVICES CO<br>1701 E. LAMAR BOULEVARD<br>SUITE 100<br>ATTN: CONTRACT ADMINISTRATION AND ASSOCIATE GENERAL COUNSEL<br>ARLINGTON, TX 76006 |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEPOSITARY AGREEMENT DATED 01/01/2020 | TENASKA POWER SERVICES CO<br>1701 E. LAMAR BOULEVARD<br>SUITE 100<br>ATTN: CONTRACT ADMINISTRATION AND ASSOCIATE GENERAL COUNSEL<br>ARLINGTON, TX 76006 |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED AND RESTATED ENERGY MANAGEMENT AGREEMENT DATED 12/31/2019 | TENASKA POWER SERVICES CO<br>1701 E. LAMAR BOULEVARD<br>SUITE 100<br>ATTN: CONTRACT ADMINISTRATION AND ASSOCIATE GENERAL COUNSEL<br>ARLINGTON, TX 76006 |

Debtor   Blossburg Power, LLC
_____
Name

Case number (If known):   23-90033 (CML)
_____

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | FTR HEDGES DATED 05/23/2018 | TENASKA POWER SERVICES CO. 300 EAST JOHN CARPENTER FREEWAY SUITE 110 IRVING, TX 75062 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | DEPOSITARY AGREEMENT DATED 01/01/2020 | THE BANK OF NEW YORK MELLON BNY MELLON CENTER 500 GRANT STREET AIM 151-0625 ATTN: CONTRACT MANAGER PITTSBURGH, PA 15258 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: Blossburg Power, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (If known): 23-90033 (CML)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |
| 2.2 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.3 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☑ E/F ☐ G |
| 2.4 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☑ E/F ☐ G |
| 2.5 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.6 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |

| Debtor | Blossburg Power, LLC | Case number (If known) | 23-90033 (CML) |

Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.8 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☒ G |
| 2.9 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.10 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☒ G |
| 2.11 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☒ G |
| 2.12 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D ☐ E/F ☐ G |
| 2.13 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☒ G |
| 2.14 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D ☐ E/F ☐ G |

| Debtor | Blossburg Power, LLC | | | Case number (If known) | 23-90033 (CML) |
|---|---|---|---|---|---|
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.16 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.17 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☒ E/F ☐ G |
| 2.18 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.19 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☒ E/F ☐ G |
| 2.20 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.21 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☒ G |
| 2.22 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☒ G |

Debtor    Blossburg Power, LLC
Name

Case number (If known):    23-90033 (CML)

---

■    **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.24 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |
| 2.25 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☑ E/F ☐ G |
| 2.26 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☑ E/F ☐ G |
| 2.27 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.28 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.29 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.30 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |

| Debtor | Blossburg Power, LLC | Case number (If known): | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.32 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.33 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |
| 2.34 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.35 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.36 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.37 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.38 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |

| Debtor | Blossburg Power, LLC | Case number (If known): | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.40 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.41 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☑ E/F ☐ G |
| 2.42 | Brunot Island Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.43 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |
| 2.44 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.45 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |
| 2.46 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known): 23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☑ G |
| 2.48 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.49 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☑ G |
| 2.50 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☑ G |
| 2.51 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.52 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☑ G |
| 2.53 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D ☐ E/F ☐ G |
| 2.54 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |

Debtor    Blossburg Power, LLC                                    Case number (If known)    23-90033 (CML)
          Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.55 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.56 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.57 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |
| 2.58 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☑ G |
| 2.59 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.60 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.61 | Gilbert Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |
| 2.62 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |

| Debtor | Blossburg Power, LLC | Case number (If known) | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.64 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☑ E/F ☐ G |
| 2.65 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☑ E/F ☐ G |
| 2.66 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.67 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.68 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |
| 2.69 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.70 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known): 23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.71 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.72 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☑ G |
| 2.73 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☑ G |
| 2.74 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.75 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☑ G |
| 2.76 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D ☐ E/F ☐ G |
| 2.77 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.78 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known): 23-90033 (CML)

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.80 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.81 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.82 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.83 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.84 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.85 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.86 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.87 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☑ E/F ☐ G |
| 2.88 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☑ E/F ☐ G |
| 2.89 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.90 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.91 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.92 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.93 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.94 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |

Debtor  Blossburg Power, LLC

Name

Case number (If known)    23-90033 (CML)

███ **Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☒ G |
| 2.96 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☒ E/F ☐ G |
| 2.97 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☒ E/F ☐ G |
| 2.98 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☒ E/F ☐ G |
| 2.99 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☒ G |
| 2.100 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☒ G |
| 2.101 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☒ G |
| 2.102 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |

Debtor    Blossburg Power, LLC
Name

Case number (If known)    23-90033 (CML)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.103 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D  ☑ E/F  ☐ G |
| 2.104 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D  ☑ E/F  ☐ G |
| 2.105 | Hamilton Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D  ☑ E/F  ☐ G |
| 2.106 | Heritage Power Intermediate Holdings, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.107 | Heritage Power Intermediate Holdings, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.108 | Heritage Power Intermediate Holdings, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.109 | Heritage Power Intermediate Holdings, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.110 | Heritage Power Intermediate Holdings, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D  ☐ E/F  ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known)   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.111 | Heritage Power Intermediate Holdings, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☒ G |
| 2.112 | Heritage Power Intermediate Holdings, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☒ G |
| 2.113 | Heritage Power Intermediate Holdings, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.114 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☒ G |
| 2.115 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.116 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☒ E/F ☐ G |
| 2.117 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☒ E/F ☐ G |
| 2.118 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |

| Debtor | Blossburg Power, LLC | Case number (If known): | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.119 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.120 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.121 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.122 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.123 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.124 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.125 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D  ☐ E/F  ☐ G |
| 2.126 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D  ☐ E/F  ☒ G |

Debtor   Blossburg Power, LLC
         Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.127 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D  ☐ E/F  ☐ G |
| 2.128 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D  ☒ E/F  ☐ G |
| 2.129 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D  ☒ E/F  ☐ G |
| 2.130 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D  ☒ E/F  ☐ G |
| 2.131 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D  ☒ E/F  ☐ G |
| 2.132 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D  ☒ E/F  ☐ G |
| 2.133 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D  ☒ E/F  ☐ G |
| 2.134 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D  ☐ E/F  ☒ G |

Debtor    Blossburg Power, LLC
Name

Case number (If known)    23-90033 (CML)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.135 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D  ☐ E/F  ☒ G |
| 2.136 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D  ☐ E/F  ☒ G |
| 2.137 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D  ☐ E/F  ☒ G |
| 2.138 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D  ☒ E/F  ☐ G |
| 2.139 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D  ☒ E/F  ☐ G |
| 2.140 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D  ☒ E/F  ☐ G |
| 2.141 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D  ☒ E/F  ☐ G |
| 2.142 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D  ☒ E/F  ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known)   23-90033 (CML)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.143 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.144 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.145 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.146 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☒ E/F ☐ G |
| 2.147 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☒ E/F ☐ G |
| 2.148 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☒ E/F ☐ G |
| 2.149 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☒ G |
| 2.150 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☒ G |

Debtor    Blossburg Power, LLC
Name

Case number (If known):    23-90033 (CML)

| **Additional Page if Debtor Has More Codebtors** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.151 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☑ D<br>☐ E/F<br>☐ G |
| 2.152 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D<br>☐ E/F<br>☑ G |
| 2.153 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D<br>☑ E/F<br>☐ G |
| 2.154 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D<br>☑ E/F<br>☐ G |
| 2.155 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D<br>☑ E/F<br>☐ G |
| 2.156 | Heritage Power Marketing, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D<br>☑ E/F<br>☐ G |
| 2.157 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.158 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D<br>☑ E/F<br>☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.159 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☑ E/F ☐ G |
| 2.160 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☑ E/F ☐ G |
| 2.161 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.162 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |
| 2.163 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.164 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☑ G |
| 2.165 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.166 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☑ G |

Debtor  Blossburg Power, LLC
       Name
       Case number (If known)  23-90033 (CML)

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.167 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.168 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☑ G |
| 2.169 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D ☐ E/F ☐ G |
| 2.170 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.171 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.172 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.173 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.174 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |

Debtor    Blossburg Power, LLC

Name                                                      Case number (If known)    23-90033 (CML)

---

| ▉ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.175 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.176 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.177 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.178 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.179 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |
| 2.180 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☑ E/F ☐ G |
| 2.181 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☑ E/F ☐ G |
| 2.182 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |

---

Debtor   Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.183 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D  ☑ E/F  ☐ G |
| 2.184 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D  ☑ E/F  ☐ G |
| 2.185 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D  ☑ E/F  ☐ G |
| 2.186 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D  ☑ E/F  ☐ G |
| 2.187 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D  ☑ E/F  ☐ G |
| 2.188 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.189 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D  ☑ E/F  ☐ G |
| 2.190 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D  ☑ E/F  ☐ G |

Debtor   Blossburg Power, LLC
Name
                                                    Case number (If known)   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.191 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☒ E/F ☐ G |
| 2.192 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☒ G |
| 2.193 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☒ G |
| 2.194 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☒ G |
| 2.195 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |
| 2.196 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☒ E/F ☐ G |
| 2.197 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☒ E/F ☐ G |
| 2.198 | Heritage Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☒ E/F ☐ G |

Debtor   Blossburg Power, LLC
_____                    Case number (If known):   23-90033 (CML)
Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.199 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☒ G |
| 2.200 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.201 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☒ E/F ☐ G |
| 2.202 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☒ E/F ☐ G |
| 2.203 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.204 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☒ E/F ☐ G |
| 2.205 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☒ G |
| 2.206 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |

Debtor    Blossburg Power, LLC
                Name
                                                                        Case number (If known)    23-90033 (CML)

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.207 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.208 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.209 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.210 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.211 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D  ☐ E/F  ☐ G |
| 2.212 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D  ☐ E/F  ☒ G |
| 2.213 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D  ☐ E/F  ☐ G |
| 2.214 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D  ☒ E/F  ☐ G |

Debtor    Blossburg Power, LLC
     Name

Case number (If known):    23-90033 (CML)

| ████ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.215 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.216 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.217 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.218 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.219 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.220 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.221 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.222 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |

Debtor    Blossburg Power, LLC
Name

Case number (If known):    23-90033 (CML)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.223 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D  ☐ E/F  ☒ G |
| 2.224 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D  ☒ E/F  ☐ G |
| 2.225 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D  ☒ E/F  ☐ G |
| 2.226 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D  ☒ E/F  ☐ G |
| 2.227 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D  ☒ E/F  ☐ G |
| 2.228 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D  ☒ E/F  ☐ G |
| 2.229 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D  ☒ E/F  ☐ G |
| 2.230 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D  ☒ E/F  ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known): 23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.231 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.232 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☑ G |
| 2.233 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |
| 2.234 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.235 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.236 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.237 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.238 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
         Name

Case number (if known)   23-90033 (CML)

---

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.239 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |
| 2.240 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☒ E/F ☐ G |
| 2.241 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☒ E/F ☐ G |
| 2.242 | Hunterstown Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.243 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☒ G |
| 2.244 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.245 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☒ E/F ☐ G |
| 2.246 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☒ E/F ☐ G |

| Debtor | Blossburg Power, LLC | | Case number (If known) | 23-90033 (CML) |
|--------|---------------------|--|-----------------------|----------------|

Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|--|-------------------|--|-------------------|--|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.247 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D  ☑ E/F  ☐ G |
| 2.248 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D  ☑ E/F  ☐ G |
| 2.249 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.250 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.251 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.252 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.253 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.254 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D  ☐ E/F  ☑ G |

Debtor   Blossburg Power, LLC
                                                                Case number (If known):   23-90033 (CML)
         Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.255 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.256 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☑ G |
| 2.257 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D ☐ E/F ☐ G |
| 2.258 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.259 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.260 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.261 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.262 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.263 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.264 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.265 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.266 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.267 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |
| 2.268 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☑ E/F ☐ G |
| 2.269 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☑ E/F ☐ G |
| 2.270 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |

Debtor    Blossburg Power, LLC
         Name
                                                    Case number (If known):    23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.271 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.272 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.273 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.274 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.275 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.276 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☑ G |
| 2.277 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |
| 2.278 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name
Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.279 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.280 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.281 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.282 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |
| 2.283 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.284 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.285 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☑ E/F ☐ G |
| 2.286 | Mountain Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known)   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.287 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |
| 2.288 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.289 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☑ E/F ☐ G |
| 2.290 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☑ E/F ☐ G |
| 2.291 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.292 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.293 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |
| 2.294 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
         Name

Case number (If known)   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.295 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☒ G |
| 2.296 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.297 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☒ G |
| 2.298 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☒ G |
| 2.299 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D ☐ E/F ☐ G |
| 2.300 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☒ G |
| 2.301 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D ☐ E/F ☐ G |
| 2.302 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known)   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.303 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.304 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.305 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.306 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.307 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.308 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.309 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.310 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |

Debtor    Blossburg Power, LLC                  Case number (If known):    23-90033 (CML)
Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.311 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.312 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☒ E/F ☐ G |
| 2.313 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☒ E/F ☐ G |
| 2.314 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |
| 2.315 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.316 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☒ E/F ☐ G |
| 2.317 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.318 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☒ E/F ☐ G |

Debtor   Blossburg Power, LLC

Name          Case number (If known)   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.319 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.320 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |
| 2.321 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.322 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.323 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.324 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.325 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |
| 2.326 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |

Debtor  Blossburg Power, LLC
        Name

Case number (If known):  23-90033 (CML)

■  **Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.327 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.328 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☑ E/F ☐ G |
| 2.329 | New Castle Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.330 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |
| 2.331 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.332 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |
| 2.333 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.334 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known):   23-90033 (CML)

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.335 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.336 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☒ G |
| 2.337 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☒ G |
| 2.338 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D ☐ E/F ☐ G |
| 2.339 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☒ G |
| 2.340 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D ☐ E/F ☐ G |
| 2.341 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☒ G |
| 2.342 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☒ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known)   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.343 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☒ G |
| 2.344 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.345 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☒ G |
| 2.346 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☒ G |
| 2.347 | Niles Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☒ G |
| 2.348 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☒ G |
| 2.349 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.350 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☒ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known):   23-90033 (CML)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.351 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☒ E/F ☐ G |
| 2.352 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.353 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☒ E/F ☐ G |
| 2.354 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☒ G |
| 2.355 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.356 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☒ G |
| 2.357 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.358 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☒ G |

Debtor   Blossburg Power, LLC
Name

| | Case number (If known): | 23-90033 (CML) |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.359 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☒ G |
| 2.360 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D ☐ E/F ☐ G |
| 2.361 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☒ G |
| 2.362 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D ☐ E/F ☐ G |
| 2.363 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.364 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.365 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☒ E/F ☐ G |
| 2.366 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |

Debtor    Blossburg Power, LLC
Name

Case number (If known):    23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.367 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.368 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.369 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.370 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.371 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.372 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |
| 2.373 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☑ E/F ☐ G |
| 2.374 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☑ E/F ☐ G |

Debtor    Blossburg Power, LLC                                        Case number (If known):    23-90033 (CML)
          Name

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.375 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.376 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.377 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.378 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.379 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.380 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.381 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☑ G |
| 2.382 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known):   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.383 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.384 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.385 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.386 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.387 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |
| 2.388 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.389 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.390 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☑ E/F ☐ G |

| Debtor | Blossburg Power, LLC | Case number (If known): | 23-90033 (CML) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.391 | Orrtanna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.392 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |
| 2.393 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.394 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☑ E/F ☐ G |
| 2.395 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☑ E/F ☐ G |
| 2.396 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.397 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.398 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |

Debtor    Blossburg Power, LLC
          Name

Case number (If known):    23-90033 (CML)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.399 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.400 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☑ G |
| 2.401 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.402 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☑ G |
| 2.403 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☑ G |
| 2.404 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.405 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☑ G |
| 2.406 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D ☐ E/F ☐ G |

| Debtor | Blossburg Power, LLC | Case number (If known): | 23-90033 (CML) |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.407 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.408 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.409 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.410 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.411 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.412 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.413 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.414 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC                                          Case number (If known):   23-90033 (CML)
         Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.415 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☒ G |
| 2.416 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.417 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☒ E/F ☐ G |
| 2.418 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☒ E/F ☐ G |
| 2.419 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |
| 2.420 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.421 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☒ E/F ☐ G |
| 2.422 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known): 23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.423 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.424 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.425 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☑ G |
| 2.426 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |
| 2.427 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.428 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.429 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.430 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
         Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.431 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |
| 2.432 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.433 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.434 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☑ E/F ☐ G |
| 2.435 | Portland Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.436 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |
| 2.437 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.438 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
      Name

Case number (If known):   23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.439 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.440 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☒ G |
| 2.441 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.442 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☒ G |
| 2.443 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☒ G |
| 2.444 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D ☐ E/F ☐ G |
| 2.445 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☒ G |
| 2.446 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D ☐ E/F ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

---

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.447 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☒ G |
| 2.448 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☒ G |
| 2.449 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☒ G |
| 2.450 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.451 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☒ G |
| 2.452 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☒ G |
| 2.453 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☒ G |
| 2.454 | Sayreville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☒ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.455 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.456 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D  ☑ E/F  ☐ G |
| 2.457 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D  ☑ E/F  ☐ G |
| 2.458 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D  ☑ E/F  ☐ G |
| 2.459 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D  ☑ E/F  ☐ G |
| 2.460 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D  ☑ E/F  ☐ G |
| 2.461 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.462 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D  ☐ E/F  ☑ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known): 23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.463 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☒ G |
| 2.464 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.465 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☒ G |
| 2.466 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☒ G |
| 2.467 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D ☐ E/F ☐ G |
| 2.468 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☒ G |
| 2.469 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D ☐ E/F ☐ G |
| 2.470 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |

Debtor  Blossburg Power, LLC
Name                                                    Case number (If known):   23-90033 (CML)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.471 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.472 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.473 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.474 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.475 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.476 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.477 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.478 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.479 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.480 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☒ E/F ☐ G |
| 2.481 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☒ E/F ☐ G |
| 2.482 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |
| 2.483 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.484 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☒ E/F ☐ G |
| 2.485 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.486 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☒ E/F ☐ G |

| Debtor | Blossburg Power, LLC | Case number (If known): 23-90033 (CML) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.487 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.488 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☑ G |
| 2.489 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |
| 2.490 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.491 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.492 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.493 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.494 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.495 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.496 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.497 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☑ E/F ☐ G |
| 2.498 | Shawnee Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.499 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |
| 2.500 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.501 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☑ E/F ☐ G |
| 2.502 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☑ E/F ☐ G |

Debtor    Blossburg Power, LLC                                          Case number (If known):    23-90033 (CML)
          Name

---

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.503 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.504 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.505 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |
| 2.506 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.507 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☑ G |
| 2.508 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.509 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☑ G |
| 2.510 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☑ G |

Debtor    Blossburg Power, LLC
                Name

Case number (If known):    23-90033 (CML)

⬛ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.511 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D ☐ E/F ☐ G |
| 2.512 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☑ G |
| 2.513 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D ☐ E/F ☐ G |
| 2.514 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.515 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.516 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.517 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.518 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |

Debtor    Blossburg Power, LLC
          Name

Case number (If known):    23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.519 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.520 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.521 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.522 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.523 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |
| 2.524 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☑ E/F ☐ G |
| 2.525 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☑ E/F ☐ G |
| 2.526 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

| | | | | |
|---|---|---|---|---|
| **Additional Page if Debtor Has More Codebtors** | | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.527 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.528 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.529 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.530 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.531 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.532 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |
| 2.533 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.534 | Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

---

**Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| **Column 1: Codebtor** | | | **Column 2: Creditor** | |
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.535 Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☒ G |
| 2.536 Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☒ G |
| 2.537 Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☒ G |
| 2.538 Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |
| 2.539 Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☒ E/F ☐ G |
| 2.540 Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☒ E/F ☐ G |
| 2.541 Shawville Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.542 Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☒ G |

Debtor  Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.543 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.544 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☑ E/F ☐ G |
| 2.545 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☑ E/F ☐ G |
| 2.546 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.547 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.548 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |
| 2.549 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.550 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☑ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known):   23-90033 (CML)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.551 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.552 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.553 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.554 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D  ☐ E/F  ☐ G |
| 2.555 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D  ☐ E/F  ☑ G |
| 2.556 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D  ☐ E/F  ☐ G |
| 2.557 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D  ☑ E/F  ☐ G |
| 2.558 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D  ☑ E/F  ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known): 23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.559 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.560 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.561 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.562 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.563 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.564 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.565 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.566 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |

Debtor  Blossburg Power, LLC
Name

Case number (If known):  23-90033 (CML)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.567 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☑ E/F ☐ G |
| 2.568 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☑ E/F ☐ G |
| 2.569 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.570 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.571 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.572 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.573 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.574 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |

| Debtor | Blossburg Power, LLC | | Case number (If known) | 23-90033 (CML) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.575 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PJM INTERCONNECTION, LLC | ☐ D ☐ E/F ☒ G |
| 2.576 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☒ E/F ☐ G |
| 2.577 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☒ E/F ☐ G |
| 2.578 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☒ E/F ☐ G |
| 2.579 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☒ G |
| 2.580 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☒ G |
| 2.581 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☒ G |
| 2.582 | Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

---

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| **Column 1: Codebtor** | | | **Column 2: Creditor** | |
| Name | Mailing address | | Name | Check all schedules that apply: |
| 2.583  Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☒ E/F ☐ G |
| 2.584  Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☒ E/F ☐ G |
| 2.585  Titus Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.586  Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☒ G |
| 2.587  Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.588  Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☒ E/F ☐ G |
| 2.589  Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☒ E/F ☐ G |
| 2.590  Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |

Debtor    Blossburg Power, LLC

Name

Case number (If known):   23-90033 (CML)

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.591 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☑ E/F ☐ G |
| 2.592 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☑ G |
| 2.593 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.594 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☑ G |
| 2.595 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☑ G |
| 2.596 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☑ G |
| 2.597 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☑ G |
| 2.598 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☑ D ☐ E/F ☐ G |

| Debtor | Blossburg Power, LLC | | | Case number (If known): | 23-90033 (CML) |
|---|---|---|---|---|---|
| | Name | | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.599 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☑ G |
| 2.600 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☑ D ☐ E/F ☐ G |
| 2.601 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.602 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.603 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☑ E/F ☐ G |
| 2.604 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.605 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.606 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known): 23-90033 (CML)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.607 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☒ G |
| 2.608 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☒ G |
| 2.609 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☒ G |
| 2.610 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☒ G |
| 2.611 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☒ E/F ☐ G |
| 2.612 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☒ E/F ☐ G |
| 2.613 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☒ E/F ☐ G |
| 2.614 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |

Debtor    Blossburg Power, LLC
          Name

Case number (If known):    23-90033 (CML)

---

**Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.615 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.616 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.617 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.618 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.619 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |
| 2.620 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.621 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.622 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |

Debtor    Blossburg Power, LLC

Name

Case number (If known):    23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.623 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.624 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |
| 2.625 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.626 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.627 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☑ E/F ☐ G |
| 2.628 | Tolna Power, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.629 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | BOSTON ENERGY TRADING AND MARKETING, LLC | ☐ D ☐ E/F ☑ G |
| 2.630 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC
         Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.631 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY | ☐ D ☒ E/F ☐ G |
| 2.632 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL | ☐ D ☒ E/F ☐ G |
| 2.633 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | DELAWARE PUBLIC SERVICE COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.634 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | FEDERAL ENERGY REGULATORY COMMISSION (FERC) | ☐ D ☒ E/F ☐ G |
| 2.635 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON ENERGY SERVICES, LLC | ☐ D ☐ E/F ☒ G |
| 2.636 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |
| 2.637 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | GENON REMA, LLC | ☐ D ☐ E/F ☒ G |
| 2.638 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER INTERMEDIATE HOLDINGS, LLC | ☐ D ☐ E/F ☒ G |

Debtor   Blossburg Power, LLC
Name
Case number (If known):   23-90033 (CML)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.639 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | HERITAGE POWER, LLC | ☐ D ☐ E/F ☒ G |
| 2.640 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☐ D ☐ E/F ☒ G |
| 2.641 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | JEFFERIES FINANCE, LLC | ☒ D ☐ E/F ☐ G |
| 2.642 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☐ D ☐ E/F ☒ G |
| 2.643 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MACQUARIE CAPITAL (USA) INC. | ☒ D ☐ E/F ☐ G |
| 2.644 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☒ E/F ☐ G |
| 2.645 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MAINE PUBLIC UTILITIES COMMISSION | ☐ D ☒ E/F ☐ G |
| 2.646 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND DEPARTMENT OF THE ENVIRONMENT | ☐ D ☒ E/F ☐ G |

Debtor   Blossburg Power, LLC
     Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.647 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MARYLAND PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.648 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.649 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.650 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MILBANK LLP | ☐ D ☐ E/F ☑ G |
| 2.651 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY CAPITAL GROUP, INC. | ☐ D ☐ E/F ☑ G |
| 2.652 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MORGAN STANLEY SENIOR FUNDING, INC. | ☐ D ☐ E/F ☑ G |
| 2.653 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | MUFG UNION BANK, N.A. | ☐ D ☐ E/F ☑ G |
| 2.654 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENERGY | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known): 23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.655 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ☐ D ☑ E/F ☐ G |
| 2.656 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.657 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.658 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.659 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | NEW YORK PUBLIC SERVICE COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.660 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA PUBLIC UTILITY COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.661 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION | ☐ D ☑ E/F ☐ G |
| 2.662 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | REGIONAL GREENHOUSE GAS INITIATIVE, INC. (RGGI, INC.) | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC
Name

Case number (If known):   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.663 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ☐ D ☑ E/F ☐ G |
| 2.664 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | RHODE ISLAND OFFICE OF ENERGY RESOURCES | ☐ D ☑ E/F ☐ G |
| 2.665 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO | ☐ D ☐ E/F ☑ G |
| 2.666 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | TENASKA POWER SERVICES CO. | ☐ D ☐ E/F ☑ G |
| 2.667 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | THE BANK OF NEW YORK MELLON | ☐ D ☐ E/F ☑ G |
| 2.668 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT BOARD OF PUBLIC UTILITIES | ☐ D ☑ E/F ☐ G |
| 2.669 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ☐ D ☑ E/F ☐ G |
| 2.670 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | ☐ D ☑ E/F ☐ G |

Debtor   Blossburg Power, LLC

Name

Case number (If known)   23-90033 (CML)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.671 | Warren Generation, LLC | 1360 POST OAK BLVD SUITE 2000 HOUSTON, TX 77056 | VIRGINIA STATE CORPORATION COMMISSION | ☐ D ☑ E/F ☐ G |
| 2.672 | | | | ☐ D ☐ E/F ☐ G |
| 2.673 | | | | ☐ D ☐ E/F ☐ G |
| 2.674 | | | | ☐ D ☐ E/F ☐ G |
| 2.675 | | | | ☐ D ☐ E/F ☐ G |
| 2.676 | | | | ☐ D ☐ E/F ☐ G |
| 2.677 | | | | ☐ D ☐ E/F ☐ G |
| 2.678 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Blossburg Power, LLC

United States Bankruptcy Court for the:  Southern District of Texas, Houston Division

Case number (If known)  23-90033 (CML)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule  _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2023
          MM / DD / YYYY

**X** /s/ Darren Olagues
Signature of individual signing on behalf of debtor

Darren Olagues
Printed name

Vice President & Treasurer
Position or relationship to debtor