**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **HERITAGE POWER, LLC, et al.,**[1] | ) | **Case No. 23-90032 (CML)** |
| | ) | |
| **Debtors** | ) | |
| | ) | **Jointly Administered** |

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE THAT** on January 24, 2023 (the "Petition Date"), Heritage Power, LLC and its affiliated debtors, in the above-captioned Chapter 11 Cases (the "Debtors"), commenced cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** on August 22, 2023, the Bankruptcy Court entered an order [Dkt. No. 468] (the "Disclosure Statement Order"): (a) authorizing the Debtors to solicit votes on the *Joint Chapter 11 Plan of Reorganization of Heritage Power, LLC and its Affiliated Debtors* [Dkt. No. 376] (as may be amended, supplemented, or otherwise modified from time to time , the "Plan"); (b) approving the *Second Amended Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Heritage Power, LLC and its Affiliated Debtors* [Dkt. No. 452] (as may be amended, supplemented, or otherwise modified from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan; and (e) scheduling certain dates with respect thereto.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Heritage Power, LLC (9775); Blossburg Power, LLC (3538); Brunot Island Power, LLC (8482); Gilbert Power, LLC (2872); Hamilton Power, LLC (6256); Heritage Power Intermediate Holdings, LLC (8767); Heritage Power Marketing, LLC (3891); Hunterstown Power, LLC (4065); Mountain Power, LLC (6709); New Castle Power, LLC (8606); Niles Power, LLC (6766); Orrtanna Power, LLC (8863); Portland Power, LLC (3465); Sayreville Power, LLC (6167); Shawnee Power, LLC (3714); Shawville Power, LLC (8264); Titus Power, LLC (6547); Tolna Power, LLC (8431); and Warren Generation, LLC (8699). The location of the Debtors' service address is: 1360 Post Oak Blvd., Suite 2000, Houston, TX 77056.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider confirmation of the Plan (the "Confirmation Hearing") will commence on **October 4, 2023, at 2:00 p.m., prevailing Central Time**, before the Honorable Judge Christopher M. Lopez, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street, Courtroom 401, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE THAT** you may participate in the Confirmation Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE BE ADVISED: THE CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTORS WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON PARTIES ENTITLED TO NOTICE.**

## CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**Voting Record Date.** The voting record date is **August 22, 2023**, which is the date for determining which holders of Claims in Classes 3 and 5 are entitled to vote on the Plan (the "Voting Record Date").

**Voting Deadline**. The deadline for voting on the Plan is **September 25, 2023, at 4:00 p.m. Central Time** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot, and intend to vote on the Plan, you ***must***: (a) follow the instructions carefully; (b) complete ***all*** of the required information on the Ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is ***actually received*** by the Debtors' solicitation and Solicitation Agent, Epiq (the "Solicitation Agent"), on or before the Voting Deadline. ***A failure to follow such instructions may disqualify your vote***.

**Temporary Allowance Deadline**. If you wish to challenge the allowance or classification of your Claim for voting purposes in accordance with the Solicitation Procedures, then **on or before September 13, 2023** (the "Temporary Allowance Deadline"), you must file a motion (a "Motion for Temporary Allowance"), pursuant to Bankruptcy Rule 3018(a) requesting that the Bankruptcy Court temporarily allow your Claim in a different amount or with a different classification for purposes of voting to accept or reject the Plan. Unless and until a Claim is temporarily allowed in a different amount or with a different classification for purposes of voting to accept or reject the Plan pursuant to an order of the Bankruptcy Court entered prior to the Voting Deadline after notice and a hearing, any Ballot submitted by a holder of a Claim shall be counted in accordance with the Solicitation Procedures without regard to the amount sought to be allowed or the classification sought to be applied in any Motion for Temporary Allowance.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE DISCLOSURE STATEMENT OR PLAN**

**Objection Deadline**. The deadline for filing objections to confirmation of the Plan, including with regard to the treatment of Executory Contracts and Unexpired Leases thereunder, is **September 25, 2023, at 4:00 p.m. Central Time** (the "Objection Deadline"). Any objections to the relief sought at the Confirmation Hearing must be: (i) in writing; (ii) comply with the Bankruptcy Code, Bankruptcy Rules, and Local Rules; (iii) state, with specificity, the legal and factual bases thereof, and, if practicable, a proposed modification to the Disclosure Statement or Plan (or related materials) that would resolve such objection; and (iv) be filed with the Bankruptcy Court on or before the Objection Deadline.

**ARTICLE X OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, INCLUDING A THIRD-PARTY RELEASE. YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.**

Please be advised that Article X of the Plan contains the following release, exculpation, and injunction provisions:

**RELEASES BY THE DEBTORS.**

**NOTWITHSTANDING ANYTHING CONTAINED IN THE PLAN TO THE CONTRARY, PURSUANT TO SECTION 1123(B) OF THE BANKRUPTCY CODE, IN EXCHANGE FOR GOOD AND VALUABLE CONSIDERATION, THE ADEQUACY OF WHICH IS HEREBY CONFIRMED, ON AND AFTER THE EFFECTIVE DATE, EACH RELEASED PARTY IS, AND IS DEEMED TO BE, HEREBY CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED BY THE DEBTORS, THEIR ESTATES, AND THE REORGANIZED DEBTORS, IN EACH CASE ON BEHALF OF THEMSELVES AND THEIR RESPECTIVE SUCCESSORS, ASSIGNS, AND REPRESENTATIVES, FROM ANY AND ALL CLAIMS AND CAUSES OF ACTION, WHETHER KNOWN OR UNKNOWN, FORESEEN OR UNFORESEEN, MATURED OR UNMATURED, EXISTING OR HEREAFTER ARISING, IN LAW, EQUITY, CONTRACT, TORT, OR OTHERWISE, INCLUDING ANY DERIVATIVE CLAIMS ASSERTED OR ASSERTABLE ON BEHALF OF ANY OF THE DEBTORS, THEIR ESTATES, OR THE REORGANIZED DEBTORS THAT SUCH ENTITY WOULD HAVE BEEN LEGALLY ENTITLED TO ASSERT (WHETHER INDIVIDUALLY OR COLLECTIVELY), BASED ON OR RELATING TO, OR IN ANY MANNER ARISING FROM, IN WHOLE OR IN PART, THE DEBTORS (INCLUDING THE MANAGEMENT, OWNERSHIP OR OPERATION THEREOF), THEIR CAPITAL STRUCTURE, THE DEBTORS' RESTRUCTURING EFFORTS, THE FILING OF THE CHAPTER 11 CASES, ANY INTERCOMPANY TRANSACTION BETWEEN OR AMONG A DEBTOR AND ANOTHER DEBTOR, THE FORMULATION, PREPARATION, DISSEMINATION, NEGOTIATION, OR FILING OF THE RESTRUCTURING SUPPORT AGREEMENT, THE DEFINITIVE DOCUMENTS, OR ANY RESTRUCTURING TRANSACTION, CONTRACT, INSTRUMENT RELEASE, OR**

**OTHER AGREEMENT OR DOCUMENT CREATED OR ENTERED INTO IN CONNECTION WITH THE DEFINITIVE DOCUMENTS OR THE RESTRUCTURING TRANSACTIONS (INCLUDING ANY LEGAL OPINION REQUESTED BY ANY ENTITY REGARDING ANY TRANSACTION, CONTRACT, INSTRUMENT, DOCUMENT OR OTHER AGREEMENT CONTEMPLATED BY THE PLAN OR THE RELIANCE BY ANY RELEASED PARTY ON THE PLAN OR THE CONFIRMATION ORDER IN LIEU OF SUCH LEGAL OPINION), THE PURSUIT OF CONSUMMATION OF THE RESTRUCTURING TRANSACTIONS OR ANY OTHER TRANSACTION RELATED THERETO, THE ADMINISTRATION AND IMPLEMENTATION OF THE RESTRUCTURING TRANSACTIONS, ANY SECURITY OF THE DEBTORS OR THE REORGANIZED DEBTORS, THE DISTRIBUTION OF PROPERTY UNDER THE PLAN OR ANY OTHER RELATED AGREEMENT, THE SUBJECT MATTER OF, OR THE TRANSACTIONS OR EVENTS GIVING RISE TO, ANY CLAIM OR INTEREST THAT IS TREATED IN THE PLAN, THE BUSINESS OR CONTRACTUAL ARRANGEMENTS BETWEEN ANY DEBTOR AND ANY RELEASED PARTY, THE ASSERTION OR ENFORCEMENT OF RIGHTS AND REMEDIES AGAINST THE DEBTORS, AND ANY AND ALL OTHER PAYMENTS MADE, INVESTMENTS UNDERTAKEN, OR VALUE TRANSFERS OF ANY KIND, IN EACH CASE THAT FLOWED FROM THE DEBTOR TO ANY RELEASED PARTY, THE SHAWVILLE LEASE DOCUMENTS CLAIMS, SHAWVILLE TRANSACTION, CREDIT AGREEMENT AND THE OTHER LOAN DOCUMENTS, THE GENON PARTICIPATION, THE NEW CASTLE HRCO AND THE NEW CASTLE HRCO AMENDMENT, MANAGEMENT SERVICES AGREEMENT, THE O&M AGREEMENT, THE SPONSOR EMA REIMBURSEMENT AGREEMENT, THE TRANSITION SERVICES AGREEMENT AND THE NEW CASTLE CONTRIBUTION AGREEMENT AND ANY TRANSACTIONS RELATED THERETO, OR UPON ANY OTHER ACT OR OMISSION, TRANSACTION, AGREEMENT, EVENT, OR OTHER OCCURRENCE RELATED OR RELATING TO ANY OF THE FOREGOING TAKING PLACE ON OR BEFORE THE EFFECTIVE DATE, OTHER THAN CLAIMS OR LIABILITIES ARISING OUT OF OR RELATING TO ANY ACT OR OMISSION OF A RELEASED PARTY THAT CONSTITUTES ACTUAL FRAUD, GROSS NEGLIGENCE OR WILLFUL MISCONDUCT, EACH SOLELY TO THE EXTENT DETERMINED BY A FINAL ORDER OF A COURT OF COMPETENT JURISDICTION. FOR THE AVOIDANCE OF DOUBT AND WITHOUT LIMITING THE SCOPE OF THE FOREGOING, THE RELEASED CLAIMS SHALL INCLUDE ALL CLAIMS, INTERESTS, OBLIGATIONS, RIGHTS, SUITS, DAMAGES, CAUSES OF ACTION, REMEDIES, AND LIABILITIES WHATSOEVER THAT ARISE FROM OR RELATE TO, IN WHOLE OR IN PART, ANY CLAIM TO CHARACTERIZE ANY OF THE SHAWVILLE LEASES AS ANYTHING OTHER THAN A TRUE LEASE OF REAL PROPERTY OR THE SHAWVILLE LEASE DOCUMENTS AND ANY TRANSACTION RELATED THERETO AS ANYTHING OTHER THAN A TRUE SALE TRANSACTION AND A TRUE LEASE TRANSACTION, AND ANY CLAIM BY ANY PARTY TO CHARACTERIZE ANY SHAWVILLE LEASE AS ANYTHING OTHER THAN A TRUE LEASE OF REAL PROPERTY AT ANY TIME INCLUDING IN ANY FUTURE BANKRUPTCY OR ANY OTHER CONTEXT, AND ANY OTHER CLAIMS, INTERESTS, OBLIGATIONS, RIGHTS, SUITS, DAMAGES, CAUSES OF ACTION,**

**REMEDIES, AND LIABILITIES THAT ARE INCONSISTENT WITH THE STATEMENT BELOW:**

> **THE SHAWVILLE LEASES ARE TRUE LEASES AND THE DEBTORS OR REORGANIZED DEBTORS, AS APPLICABLE, AGREE NOT TO COMMENCE OR CONTINUE ANY CLAIM OR CAUSE OF ACTION, OR OTHERWISE TAKE ANY POSITION IN ANY JUDICIAL PROCEEDING, ADMINISTRATIVE PROCEEDING, OR OTHER PROCEEDING, THE BANKRUPTCY COURT, IN ANY FEDERAL OR STATE COURT, OR IN ANY OTHER COURT, ARBITRATION PROCEEDING, ADMINISTRATIVE AGENCY, OR OTHER FORUM IN THE UNITED STATES OR ELSEWHERE, IN EACH CASE THAT IS IN ANY WAY INCONSISTENT WITH THE POSITION THAT EACH SHAWVILLE LEASE IS A TRUE LEASE.**

**NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE FOREGOING, THE RELEASES SET FORTH ABOVE DO NOT RELEASE ANY POST-EFFECTIVE DATE OBLIGATIONS OF ANY PARTY OR ENTITY UNDER THE PLAN, THE CONFIRMATION ORDER, ANY RESTRUCTURING TRANSACTION, OR ANY DOCUMENT, INSTRUMENT, OR AGREEMENT (INCLUDING THOSE SET FORTH IN THE PLAN SUPPLEMENT) EXECUTED TO IMPLEMENT THE PLAN, INCLUDING THE EXIT FACILITY, OR ANY CLAIM OR OBLIGATION ARISING UNDER THE PLAN. ENTRY OF THE CONFIRMATION ORDER SHALL CONSTITUTE THE BANKRUPTCY COURT'S APPROVAL, PURSUANT TO BANKRUPTCY RULE 9019, OF THE DEBTORS' RELEASE, WHICH INCLUDES BY REFERENCE EACH OF THE RELATED PROVISIONS AND DEFINITIONS CONTAINED IN THE PLAN, AND FURTHER, SHALL CONSTITUTE THE BANKRUPTCY COURT'S FINDING THAT THE DEBTORS' RELEASE IS: (A) IN EXCHANGE FOR THE GOOD AND VALUABLE CONSIDERATION PROVIDED BY THE RELEASED PARTIES, INCLUDING, WITHOUT LIMITATION, THE RELEASED PARTIES' CONTRIBUTIONS TO FACILITATING THE RESTRUCTURING TRANSACTIONS AND IMPLEMENTING THE PLAN; (B) A GOOD FAITH SETTLEMENT AND COMPROMISE OF THE CLAIMS RELEASED BY THE DEBTORS' RELEASE; (C) IN THE BEST INTERESTS OF THE DEBTORS AND ALL HOLDERS OF CLAIMS OR INTERESTS; (D) FAIR, EQUITABLE, AND REASONABLE; (E) GIVEN AND MADE AFTER DUE NOTICE AND OPPORTUNITY FOR HEARING; AND (F) A BAR TO ANY OF THE DEBTORS, THE REORGANIZED DEBTORS, OR THE DEBTORS' ESTATES ASSERTING ANY CLAIM OR CAUSE OF ACTION RELEASED PURSUANT TO THE DEBTORS' RELEASE.**

**<u>RELEASES BY HOLDERS OF CLAIMS.</u>**

**EXCEPT AS OTHERWISE EXPRESSLY SET FORTH IN THIS PLAN OR THE CONFIRMATION ORDER, IN EXCHANGE FOR GOOD AND VALUABLE CONSIDERATION, THE ADEQUACY OF WHICH IS HEREBY CONFIRMED, ON AND AFTER THE EFFECTIVE DATE, EACH RELEASED PARTY IS, AND IS DEEMED TO BE, HEREBY CONCLUSIVELY, ABSOLUTELY, UNCONDITIONALLY, IRREVOCABLY, AND FOREVER RELEASED AND DISCHARGED BY EACH**

**RELEASING PARTY, THEIR ESTATES, AND THE REORGANIZED DEBTORS IN EACH CASE ON BEHALF OF THEMSELVES AND THEIR RESPECTIVE SUCCESSORS, ASSIGNS, AND REPRESENTATIVES, FROM ANY AND ALL CLAIMS AND CAUSES OF ACTION, WHETHER KNOWN OR UNKNOWN, FORESEEN OR UNFORESEEN, MATURED OR UNMATURED, EXISTING OR HEREAFTER ARISING, IN LAW, EQUITY, CONTRACT, TORT, OR OTHERWISE, INCLUDING ANY DERIVATIVE CLAIMS ASSERTED OR ASSERTABLE ON BEHALF OF ANY OF THE DEBTORS, THEIR ESTATES, OR THE REORGANIZED DEBTORS THAT SUCH ENTITY WOULD HAVE BEEN LEGALLY ENTITLED TO ASSERT (WHETHER INDIVIDUALLY OR COLLECTIVELY), BASED ON OR RELATING TO, OR IN ANY MANNER ARISING FROM, IN WHOLE OR IN PART, THE DEBTORS (INCLUDING THE MANAGEMENT, OWNERSHIP OR OPERATION THEREOF), THEIR CAPITAL STRUCTURE, THE DEBTORS' RESTRUCTURING EFFORTS, THE FILING OF THE CHAPTER 11 CASES, ANY INTERCOMPANY TRANSACTION BETWEEN OR AMONG A DEBTOR AND ANOTHER DEBTOR, THE FORMULATION, PREPARATION, DISSEMINATION, NEGOTIATION, OR FILING OF THE RESTRUCTURING SUPPORT AGREEMENT, THE DEFINITIVE DOCUMENTS, OR ANY RESTRUCTURING TRANSACTION, CONTRACT, INSTRUMENT RELEASE, OR OTHER AGREEMENT OR DOCUMENT CREATED OR ENTERED INTO IN CONNECTION WITH THE DEFINITIVE DOCUMENTS OR THE RESTRUCTURING TRANSACTIONS (INCLUDING ANY LEGAL OPINION REQUESTED BY ANY ENTITY REGARDING ANY TRANSACTION, CONTRACT, INSTRUMENT, DOCUMENT OR OTHER AGREEMENT CONTEMPLATED BY THE PLAN OR THE RELIANCE BY ANY RELEASED PARTY ON THE PLAN OR THE CONFIRMATION ORDER IN LIEU OF SUCH LEGAL OPINION), THE PURSUIT OF CONSUMMATION OF THE RESTRUCTURING TRANSACTIONS OR ANY OTHER TRANSACTION RELATED THERETO, THE ADMINISTRATION AND IMPLEMENTATION OF THE RESTRUCTURING TRANSACTIONS, ANY SECURITY OF THE DEBTORS OR THE REORGANIZED DEBTORS, THE DISTRIBUTION OF PROPERTY UNDER THE PLAN OR ANY OTHER RELATED AGREEMENT, THE SUBJECT MATTER OF, OR THE TRANSACTIONS OR EVENTS GIVING RISE TO, ANY CLAIM OR INTEREST THAT IS TREATED IN THE PLAN, THE BUSINESS OR CONTRACTUAL ARRANGEMENTS BETWEEN ANY DEBTOR AND ANY RELEASED PARTY, THE ASSERTION OR ENFORCEMENT OF RIGHTS AND REMEDIES AGAINST THE DEBTORS, AND ANY AND ALL OTHER PAYMENTS MADE, INVESTMENTS UNDERTAKEN, OR VALUE TRANSFERS OF ANY KIND, IN EACH CASE THAT FLOWED FROM THE DEBTOR TO ANY RELEASED PARTY, THE SHAWVILLE LEASE DOCUMENTS, SHAWVILLE TRANSACTION, CREDIT AGREEMENT AND THE OTHER LOAN DOCUMENTS, THE GENON PARTICIPATION, THE NEW CASTLE HRCO AND THE NEW CASTLE HRCO AMENDMENT, MANAGEMENT SERVICES AGREEMENT, THE O&M AGREEMENT, THE SPONSOR EMA REIMBURSEMENT AGREEMENT, THE TRANSITION SERVICES AGREEMENT AND THE NEW CASTLE CONTRIBUTION AGREEMENT AND ANY TRANSACTIONS RELATED THERETO, OR UPON ANY OTHER ACT OR OMISSION, TRANSACTION, AGREEMENT, EVENT, OR OTHER OCCURRENCE RELATED OR RELATING TO ANY OF THE FOREGOING TAKING PLACE ON OR BEFORE THE EFFECTIVE DATE, OTHER THAN CLAIMS OR LIABILITIES ARISING OUT OF OR RELATING TO ANY ACT OR OMISSION OF A**

**RELEASED PARTY THAT CONSTITUTES ACTUAL FRAUD, GROSS NEGLIGENCE OR WILLFUL MISCONDUCT, EACH SOLELY TO THE EXTENT AS DETERMINED BY A FINAL ORDER OF A COURT OF COMPETENT JURISDICTION, PROVIDED THAT, NOTWITHSTANDING THE FOREGOING OR ANY OTHER PROVISION HEREOF, THE CONSENTING CREDITOR PRESERVED CLAIMS AND THE SPONSOR PRESERVED CLAIMS ARE EXPRESSLY PRESERVED AND NOT RELEASED OR IN ANY WAY AFFECTED OR PREJUDICED HEREBY. FOR THE AVOIDANCE OF DOUBT AND WITHOUT LIMITING THE SCOPE OF THE FOREGOING, THE RELEASED CLAIMS SHALL INCLUDE ALL CLAIMS, INTERESTS, OBLIGATIONS, RIGHTS, SUITS, DAMAGES, CAUSES OF ACTION, REMEDIES, AND LIABILITIES WHATSOEVER THAT ARISE FROM OR RELATE TO, IN WHOLE OR IN PART, ANY CLAIM TO CHARACTERIZE ANY OF THE SHAWVILLE LEASES AS ANYTHING OTHER THAN A TRUE LEASE OF REAL PROPERTY OR THE SHAWVILLE LEASE DOCUMENTS AND ANY TRANSACTION RELATED THERETO AS ANYTHING OTHER THAN A TRUE SALE TRANSACTION AND A TRUE LEASE TRANSACTION, AND ANY CLAIM BY ANY PARTY TO CHARACTERIZE ANY SHAWVILLE LEASE AS ANYTHING OTHER THAN A TRUE LEASE OF REAL PROPERTY AT ANY TIME INCLUDING IN ANY FUTURE BANKRUPTCY OR ANY OTHER CONTEXT, AND ANY OTHER CLAIMS, INTERESTS, OBLIGATIONS, RIGHTS, SUITS, DAMAGES, CAUSES OF ACTION, REMEDIES, AND LIABILITIES THAT ARE INCONSISTENT WITH THE STATEMENT BELOW:**

> **THE SHAWVILLE LEASES ARE TRUE LEASES AND DEBTORS OR REORGANIZED DEBTORS, AS APPLICABLE, AGREE NOT TO COMMENCE OR CONTINUE ANY CLAIM OR CAUSE OF ACTION, OR OTHERWISE TAKE ANY POSITION IN ANY JUDICIAL PROCEEDING, ADMINISTRATIVE PROCEEDING, OR OTHER PROCEEDING, THE BANKRUPTCY COURT, IN ANY FEDERAL OR STATE COURT, OR IN ANY OTHER COURT, ARBITRATION PROCEEDING, ADMINISTRATIVE AGENCY, OR OTHER FORUM IN THE UNITED STATES OR ELSEWHERE, IN EACH CASE THAT IS IN ANY WAY INCONSISTENT WITH THE POSITION THAT EACH SHAWVILLE LEASE IS A TRUE LEASE.**

**NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE FOREGOING, THE RELEASES SET FORTH ABOVE DO NOT RELEASE ANY POST-PLAN EFFECTIVE DATE OBLIGATIONS OF ANY PARTY OR ENTITY UNDER THE PLAN, THE CONFIRMATION ORDER, ANY RESTRUCTURING TRANSACTION, OR ANY DOCUMENT, INSTRUMENT, OR AGREEMENT (INCLUDING THOSE SET FORTH IN THE PLAN SUPPLEMENT) EXECUTED TO IMPLEMENT THE PLAN, INCLUDING THE EXIT FACILITY, OR ANY CLAIM OR OBLIGATION ARISING UNDER THE PLAN. ENTRY OF THE CONFIRMATION ORDER SHALL CONSTITUTE THE BANKRUPTCY COURT'S APPROVAL, PURSUANT TO BANKRUPTCY RULE 9019, OF THE THIRD-PARTY RELEASES, WHICH INCLUDES BY REFERENCE EACH OF THE RELATED PROVISIONS AND DEFINITIONS CONTAINED IN THE PLAN, AND, FURTHER, SHALL CONSTITUTE THE BANKRUPTCY COURT'S FINDING THAT THE THIRD-PARTY RELEASES ARE: (A)**

**CONSENSUAL; (B) ESSENTIAL TO THE CONFIRMATION OF THE PLAN; (C) GIVEN IN EXCHANGE FOR THE GOOD AND VALUABLE CONSIDERATION PROVIDED BY THE RELEASED PARTIES; (D) A GOOD FAITH SETTLEMENT AND COMPROMISE OF THE CLAIMS RELEASED BY THE THIRD-PARTY RELEASES; (E) IN THE BEST INTERESTS OF THE DEBTORS AND THEIR ESTATES; (F) FAIR, EQUITABLE, AND REASONABLE; (G) GIVEN AND MADE AFTER DUE NOTICE AND OPPORTUNITY FOR HEARING; AND (H) A BAR TO ANY OF THE RELEASING PARTIES ASSERTING ANY CLAIM OR CAUSE OF ACTION RELEASED PURSUANT TO THE THIRD-PARTY RELEASES.**

Under the Plan, "**RELEASED PARTIES**" means, collectively, and in each case in its capacity as such: (a) each Debtor; (b) each Reorganized Debtor; (c) each Agent; (d) each of the Consenting Creditors; (e) each holder of a First Lien Claim; (f) GenOn; (g) Financial Sponsor; (h) each Backstop Party; (i) each current and former Affiliate of each Entity in clause (a) through the following clause (j); and (j) each Related Party of each Entity in clause (a) through this clause (j); provided that in each case, an Entity shall not be a Released Party if it: (x) elects to opt out of the releases contained in the Plan; or (y) timely files with the Bankruptcy Court on the docket of the Chapter 11 Cases an objection to the releases contained in the Plan that is not resolved before the confirmation of the Plan.

Under the Plan, ***"*RELEASING PARTIES*"*** means, collectively, and in each case in its capacity as such, (a) each Debtor; (b) each Reorganized Debtor; (c) each Agent; (d) each of the Consenting Creditors; (e) each holder of a First Lien Claim; (f) GenOn; (g) Financial Sponsor; (h) each holder of a Claim or Interest (1) that votes to accept the Plan, (2) whose vote to accept or reject the Plan is solicited but that does not vote either to accept or to reject the Plan and does not timely elect to opt out of granting the releases set forth herein, (3) that votes, or is deemed, to reject the Plan but does not timely elect to opt out of granting the releases set forth herein, or (4) whose vote to accept or reject the Plan is not solicited and that does not timely elect to opt out of granting the releases set forth herein; (i) each current and former Affiliate of each Entity in clause (a) through the following clause (j); and (j) each Related Party of each Entity in clause (a) through this clause (j); provided that in each case, an Entity shall not be a Releasing Party if it: (x) timely elects to opt out of granting the releases contained in the Plan, including through any Ballot or notice of non-voting status; or (y) timely files with the Bankruptcy Court an objection to the releases contained herein that is not resolved before the confirmation of the Plan.

**EXCULPATION**

**EXCEPT AS OTHERWISE SPECIFICALLY PROVIDED IN THE PLAN, NO EXCULPATED PARTY SHALL HAVE OR INCUR, AND EACH EXCULPATED PARTY IS RELEASED AND EXCULPATED FROM, ANY LIABILITY FOR ANY ACT OR OMISSION IN CONNECTION WITH, RELATING TO OR ARISING OUT OF THE DEBTORS' CHAPTER 11 CASES, THE FORMULATION, PREPARATION, DISSEMINATION, NEGOTIATION, OR EXECUTION OF THE RESTRUCTURING SUPPORT AGREEMENT, THE DISCLOSURE STATEMENT, THE PLAN, THE RESTRUCTURING TRANSACTIONS OR ANY TRANSACTION, CONTRACT, INSTRUMENT, RELEASE OR OTHER AGREEMENT OR DOCUMENT CREATED OR ENTERED INTO IN CONNECTION WITH THE FOREGOING, THE FILING OF THE**

**CHAPTER 11 CASES, THE PURSUIT OF CONFIRMATION, THE PURSUIT OF CONSUMMATION, THE ADMINISTRATION AND IMPLEMENTATION OF THE PLAN, INCLUDING THE ISSUANCE OF SECURITIES PURSUANT TO THE PLAN, THE DISTRIBUTION OF PROPERTY UNDER THE PLAN OR ANY OTHER RELATED AGREEMENT, EXCEPT FOR CLAIMS RELATED TO ANY ACT OR OMISSION THAT IS DETERMINED IN A FINAL ORDER TO HAVE CONSTITUTED ACTUAL FRAUD, GROSS NEGLIGENCE OR WILLFUL MISCONDUCT; IN ALL RESPECTS THE EXCULPATED PARTIES SHALL BE ENTITLED TO REASONABLY RELY UPON THE ADVICE OF COUNSEL WITH RESPECT TO THEIR DUTIES AND RESPONSIBILITIES. THE EXCULPATED PARTIES HAVE, AND UPON COMPLETION OF THE PLAN SHALL BE DEEMED TO HAVE, PARTICIPATED IN THE SOLICITATION OF VOTES AND DISTRIBUTIONS PURSUANT TO THE PLAN IN GOOD FAITH AND IN COMPLIANCE WITH APPLICABLE LAWS AND, THEREFORE, ARE NOT, AND ON ACCOUNT OF SUCH ACTIONS SHALL NOT BE, LIABLE AT ANY TIME FOR THE VIOLATION OF ANY APPLICABLE LAW, RULE, OR REGULATION GOVERNING THE SOLICITATION OF ACCEPTANCES OR REJECTIONS OF THE PLAN OR DISTRIBUTIONS MADE PURSUANT TO THE PLAN.**

Under the Plan, "Exculpated Parties" means, to the maximum extent permitted by law, each Debtor in its capacity as such.

**INJUNCTION**

**EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN THE PLAN OR THE CONFIRMATION ORDER, ALL ENTITIES WHO HAVE HELD, HOLD, OR MAY HOLD CLAIMS OR INTERESTS OR CAUSES OF ACTION THAT HAVE BEEN RELEASED, DISCHARGED, OR ARE SUBJECT TO EXCULPATION UNDER THE PLAN ARE PERMANENTLY ENJOINED, FROM AND AFTER THE EFFECTIVE DATE, FROM TAKING ANY OF THE FOLLOWING ACTIONS AGAINST, AS APPLICABLE, THE DEBTORS, THE REORGANIZED DEBTORS, THE EXCULPATED PARTIES, OR THE RELEASED PARTIES: (A) COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND ON ACCOUNT OF OR IN CONNECTION WITH ANY SUCH CLAIMS OR INTERESTS OR CAUSES OF ACTION; (B) ENFORCING, ATTACHING, COLLECTING, OR RECOVERING ANY JUDGMENT, AWARD, DECREE, OR ORDER AGAINST SUCH ENTITIES ON ACCOUNT OF OR IN CONNECTION WITH ANY SUCH CLAIMS OR INTERESTS OR CAUSES OF ACTION; (C) CREATING, PERFECTING, OR ENFORCING AN ENCUMBRANCE OF ANY KIND AGAINST SUCH ENTITIES OR THEIR PROPERTIES ON ACCOUNT OF OR IN CONNECTION WITH SUCH CLAIMS OR INTERESTS OR CAUSES OF ACTION; (D) ASSERTING ANY RIGHT OF SETOFF, SUBROGATION, OR RECOUPMENT OF ANY KIND AGAINST ANY OBLIGATION DUE FROM SUCH ENTITIES OR AGAINST THE PROPERTY OF SUCH ENTITIES ON ACCOUNT OF OR IN CONNECTION WITH SUCH CLAIMS OR INTERESTS OR CAUSES OF ACTION UNLESS SUCH HOLDER HAS FILED A MOTION REQUESTING THE RIGHT TO PERFORM SUCH SETOFF ON OR BEFORE THE CONFIRMATION DATE, NOTWITHSTANDING AN INDICATION IN ANY PROOF OF CLAIM OR OTHERWISE THAT SUCH HOLDER ASSERTS, HAS, OR INTENDS TO PRESERVE**

**THE RIGHT OF SETOFF PURSUANT TO APPLICABLE LAW OR OTHERWISE; AND (E) COMMENCING OR CONTINUING ANY ACTION OR OTHER PROCEEDING OF ANY KIND ON ACCOUNT OF OR IN CONNECTION WITH SUCH CLAIMS OR INTERESTS OR CAUSES OF ACTION.**

## ADDITIONAL INFORMATION

**Inquiries**. If you have any questions about the packet of materials you have received, please contact the Debtors' Solicitation Agent at HeritagePowerInfo@epiqglobal.com or by telephone at (888) 296-8501 (domestic toll free) or +1 (503) 461-1847 (International). Additional copies of this Disclosure Statement, the Plan, and any other publicly filed documents in the Chapter 11 Cases are available upon written request to the Solicitation Agent at the following address:

**If by First-Class Mail:**
Heritage Power, LLC
c/o Epiq Ballot Processing Center
P.O. Box 4422
Beaverton, OR 97076-4422

**If by Hand Delivery or Overnight Mail:**
Heritage Power, LLC
c/o Epiq Ballot Processing Center
10300 SW Allen Blvd.
Beaverton, OR 97005

**Obtaining Solicitation Materials**. Copies of the Plan, the Disclosure Statement, and any other publicly filed documents are also available by downloading the exhibits and documents from the website of the Debtors' Solicitation Agent at http://dm.epiq11.com/heritagepower (free of charge) or the Bankruptcy Court's website at http://ecf.txsb.uscourts.gov (for a fee). Please be advised that Epiq cannot provide legal or financial advice.

**The Plan Supplement**. The Debtors will file the Plan Supplement (as defined in the Plan) on or before **September 20, 2023**, and will serve notice on parties in interest on the Master Service List, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement. Any party wishing to view the Plan Supplement may view such documents at http://dm.epiq11.com/heritagepower. The Debtors shall have the right to amend the documents and agreements contained in, and exhibits to, the Plan Supplement through the Effective Date or otherwise pursuant to their respective terms.

**BINDING NATURE OF THE PLAN**

**IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.**

Dated: August 23, 2023

By: *Kenric D. Kattner*

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Kelli S. Norfleet (TX Bar No. 24070678)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: kelli.norfleet@haynesboone.com
Email: arsalan.muhammad@haynesboone.com
Email: kourtney.lyda@haynesboone.com
Email: david.trausch@haynesboone.com

Kenric D. Kattner (TX Bar No. 11108400)
David L. Staab (TX Bar No. 24093194)
**HAYNES AND BOONE, LLP**
30 Rockefeller Plaza, 26th Floor
New York. NY 10112
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Email: kenric.kattner@haynesboone.com
Email: david.staab@haynesboone.com

**Counsel for the Debtors**