**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HERITAGE POWER, LLC, *et al.*,[1] | ) | Case No. 23-90032 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FILING OF PLAN SUPPLEMENTS**

**PLEASE TAKE NOTICE** that, pursuant to the terms of the *Joint Chapter 11 Plan of Reorganization of Heritage Power, LLC, et al* [Docket No. 376] (the "Plan"), the following draft documents are attached hereto:

- Exhibit 1 – Exit Term Loan Credit Agreement
- Exhibit 2 – Schedule of Retained Causes of Action
- Exhibit 3 – Schedule of Rejected Contracts and Leases
- Exhibit 4 – Identities of Persons Proposed to Serve on New Board of Directors and their affiliations
- Exhibit 5 – Limited Liability Company Agreement
- Exhibit 6 – Asset Management Agreement
- Exhibit 7 – Operation & Maintenance Agreement
- Exhibit 8 – Amendment to Shawville Participation Agreement

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Heritage Power, LLC (9775); Blossburg Power, LLC (3538); Brunot Island Power, LLC (8482); Gilbert Power, LLC (2872); Hamilton Power, LLC (6256); Heritage Power Intermediate Holdings, LLC (8767); Heritage Power Marketing, LLC (3891); Hunterstown Power, LLC (4065); Mountain Power, LLC (6709); New Castle Power, LLC (8606); Niles Power, LLC (6766); Orrtanna Power, LLC (8863); Portland Power, LLC (3465); Sayreville Power, LLC (6167); Shawnee Power, LLC (3714); Shawville Power, LLC (8264); Titus Power, LLC (6547); Tolna Power, LLC (8431); and Warren Generation, LLC (8699). The location of the Debtors' service address is: 1360 Post Oak Blvd., Suite 2000, Houston, TX 77056.

- Exhibit 9 – Transaction Steps Memorandum

*[Remainder of page intentionally left blank]*

Dated: September 20, 2023

Respectfully submitted,

By: */s/ Kenric D. Kattner*

Charles A. Beckham, Jr. (TX Bar No. 02016600)
Kelli S. Norfleet (TX Bar No. 24070678)
Arsalan Muhammad (TX Bar No. 24074771)
Kourtney Lyda (TX Bar No. 24013330)
David Trausch (TX Bar No. 24113513)
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone.: (713) 547-2000
Facsimile: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: kelli.norfleet@haynesboone.com
Email: arsalan.muhammad@haynesboone.com
Email: kourtney.lyda@haynesboone.com
Email: david.trausch@haynesboone.com

- and -

Kenric D. Kattner (TX Bar No. 11108400)
David L. Staab (TX Bar No. 24093194)
**HAYNES AND BOONE, LLP**
30 Rockefeller Plaza 26th Floor
New York, New York 10112
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Email: kenric.kattner@haynesboone.com
Email: david.staab@haynesboone.com

**Counsel for the Debtors**